**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Czosnyka et al v. Gardiner, et al     Case Number: 21-cv-3240

An appearance is hereby filed by the undersigned as attorney for:
Pete Czosnyka, Peter Barash, Adam Vavrick, Dominick Maino, Steve Held, James Suh

Attorney name (type or print): Adele D. Nicholas

Firm: Law Office of Adele D. Nicholas

Street address: 5707 W. Goodman St.

City/State/Zip: Chicago, Illinois 60630

Bar ID Number: 6297293     Telephone Number: 847-361-3869
(See item 3 in instructions)

Email Address: adele@civilrightschicago.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6-18-21

Attorney signature: S/ Adele D. Nicholas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015