U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Czosnyka et al v. Gardiner, et al    Case Number: 21-cv-3240

An appearance is hereby filed by the undersigned as attorney for:
Pete Czosnyka, Peter Barash, Adam Vavrick, Dominick Maino, Steve Held, James Suh

Attorney name (type or print): Mark G. Weinberg

Firm: Law Office of Mark G. Weinberg

Street address: 3612 N. Tripp Ave

City/State/Zip: Chicago, Illinois 60641

Bar ID Number: 6199578    Telephone Number: 773-283-3913
(See item 3 in instructions)

Email Address: mweinberg@sbcglobal.net

Are you acting as lead counsel in this case? ✔ Yes ☐ No
Are you acting as local counsel in this case? ☐ Yes ✔ No
Are you a member of the court's trial bar? ☐ Yes ✔ No
If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6-18-21

Attorney signature: S/ Mark Weinberg
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015