AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PETE CZOSNYKA, PETER BARASH, ADAM VAVRICK, DOMINICK MAINO, STEVE HELD, and JAMES SUH, individually and on behalf of all others ) similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 21-cv-3240

V.

ASSIGNED JUDGE: Hon. Sharon Johnson Coleman

JAMES GARDINER, Alderman of the 45 Ward of the City of Chicago; and CITY OF CHICAGO

DESIGNATED
MAGISTRATE JUDGE: Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

James Gardiner
5425 W Lawrence Ave.
Chicago, IL 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/23/21 |
| NAME OF SERVER *(PRINT)* Mark Weinberg | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at defendant's work office, located at 5425 Lawrence Ave, Chgo, IL. to his assistant at the front desk, Joyce Schroeder.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/23/21
*Date*

*Signature of Server* Mark Weinberg

3612 N. Tripp Ave., Chgo, IL. 60641
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.