# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

PETE CZOSNYKA, PETER BARASH, ADAM VAVRICK,
DOMINICK MAINO, STEVE HELD, and JAMES SUH,
individually and on behalf of all others ) similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  21-cv-3240

V.

ASSIGNED JUDGE:  Hon. Sharon Johnson Coleman

JAMES GARDINER, Alderman of the
45 Ward of the City of Chicago; and
CITY OF CHICAGO

DESIGNATED
MAGISTRATE JUDGE:  Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

City of Chicago
c/o City Clerk
121 N LaSalle St #107,
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net

an answer to the complaint which is herewith served upon you,     21     days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



June 21, 2021

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6 - 23 - 21 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Adele Nicholas | atty for πs |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _City clerk, 121 N. LaSalle #107    Kevin Kimmel_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _6-23-21_
      Date

_A Nicholas_
*Signature of Server*

Law ofc. of Adele Nicholas
5707 W. Goodman St.
*Address of Server*       Chicago IL 60630

RECEIVED
2021 JUN 23 PM 3:05
OFFICE OF THE CITY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.