# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: PETE CZOSNYKA, et al. v. JAMES GARDINER, et al.

Case Number: 21 CV 03240

An appearance is hereby filed by the undersigned as attorney for:

Defendant City of Chicago

Attorney name (type or print): Margaret Sobota

Firm: City of Chicago Department of Law

Street address: 2 N. LaSalle Street, Suite 520

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6287447
(See item 3 in instructions)

Telephone Number: 312-742-0260

Email Address: Maggie.Sobota@cityofchicago.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/13/21

Attorney signature: S/ Margaret Sobota

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015