IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
| Plaintiffs, | No. 21 CV 03240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, et al., | |
| Defendants. | |

**DEFENDANTS' UNCONTESTED MOTION FOR AN EXTENSION OF TIME**

Defendants Alderman James Gardiner and the City of Chicago ("Defendants"), by Celia Meza, Corporation Counsel for the City of Chicago, hereby move the Court for an extension of time to respond to Plaintiffs' Complaint, to August 4, 2021. In support thereof, Defendants state as follows:

1. On June 17, 2021, Plaintiffs Pete Czosnyka, Peter Barash, Adam Vavrick, Dominick Maino, Steve Held, and James Suh (collectively "Plaintiffs") filed their Complaint against Defendants James Gardiner, Alderman of the 45th Ward of the City of Chicago, in his official and individual capacities, and the City of Chicago alleging First Amendment violations relating to various actions taken by Defendant Gardiner in prohibiting Plaintiffs from commenting on Defendant Gardiner's social media.

2. Defendants were served with the Complaint on June 23, 2021, making their response to the Complaint due on July 14, 2021.

3. Defendants respectfully request the Court extend Defendants' time to respond to the Complaint to August 4, 2021. This is Defendants' first request for an extension of time and is not made for the purpose of delay. Defendants seek this extension because undersigned counsel have pending obligations in other matters, including discovery obligations in state and federal

court, among other responsibilities, and require additional time to investigate the allegations in the Complaint and formulate a response.

4. Defendants contacted counsel for Plaintiffs regarding this request and they have no objection.

WHEREFORE, the Defendants respectfully request that the Court extend the time for Defendants to respond to Plaintiffs' Complaint, to August 4, 2021, and grant Defendants such further relief as the Court deems just and appropriate.

| | |
|---|---|
| Date: July 13, 2021 | Respectfully submitted, |
| MAGGIE SOBOTA<br>Maggie.Sobota@cityofchicago.org<br>JORDAN ROSEN<br>Jordan.Rosen@cityofchicago.org<br>City of Chicago, Department of Law<br>Constitutional and Commercial<br>  Litigation Division<br>2 North LaSalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 742-0260 / 744-9018 | CELIA MEZA,<br>Corporation Counsel for the City of Chicago<br><br>By: /s/ Maggie Sobota<br>     Attorney for Defendant City of Chicago |