IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
|                 Plaintiffs, | No. 21 CV 03240 |
|       v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, et al., | |
|                 Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 16, 2021**, at the hour of **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, or any judge sitting in her stead, and present **Defendants' Unopposed Motion for an Extension of Time**, a copy of which is attached and hereby served upon you.

| | |
|---|---|
| Date:   July 13, 2021 | Respectfully submitted, |
| | |
| MAGGIE SOBOTA | CELIA MEZA, |
| Maggie.Sobota@cityofchicago.org | Corporation Counsel for the City of Chicago |
| JORDAN ROSEN | |
| Jordan.Rosen@cityofchicago.org | |
| City of Chicago, Department of Law | By:   /s/ Maggie Sobota |
| Constitutional and Commercial |        Attorney for Defendant City of |
|   Litigation Division |        Chicago |
| 2 North LaSalle Street, Suite 520 | |
| Chicago, Illinois 60602 | |
| (312) 742-0260 / 744-9018 | |