IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
| Plaintiffs, | No. 21 CV 03240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, et al., | |
| Defendants. | |

**DEFENDANT GARDINER'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME**

Defendant Alderman James Gardiner ("Defendant Gardiner"), by Celia Meza, Corporation Counsel for the City of Chicago, hereby moves the Court for an extension of time to respond to Plaintiffs' Complaint, to August 25, 2021. In support thereof, Defendant Gardiner states as follows:

1. On June 17, 2021, Plaintiffs Pete Czosnyka, Peter Barash, Adam Vavrick, Dominick Maino, Steve Held, and James Suh (collectively "Plaintiffs") filed their Complaint against Defendants James Gardiner, Alderman of the 45th Ward of the City of Chicago, in his official and individual capacities, and the City of Chicago alleging First Amendment violations relating to various actions taken by Defendant Gardiner in prohibiting Plaintiffs from commenting on Defendant Gardiner's social media.

2. Defendants were served with the Complaint on June 23, 2021. They subsequently filed an uncontested motion for an extension of time to respond to the Complaint to August 4, 2021, which this Court granted.

3. Defendant Gardiner is retaining separate counsel in this matter and respectfully requests that the Court grant him an additional three-week extension of time, to August 25, 2021,

to secure his counsel and prepare his response to the Complaint. The City of Chicago expects to file its response on August 4, 2021, as previously ordered.

4. Undersigned counsel contacted counsel for Plaintiffs regarding this request and they have no objection.

WHEREFORE, Defendant Gardiner respectfully request that the Court extend the time for him to respond to Plaintiffs' Complaint, to August 25, 2021, and grant him such further relief as the Court deems just and appropriate.

Date: August 3, 2021                                              Respectfully submitted,

MAGGIE SOBOTA                                                    CELIA MEZA,
Maggie.Sobota@cityofchicago.org                                  Corporation Counsel for the City of Chicago
JORDAN ROSEN
Jordan.Rosen@cityofchicago.org
City of Chicago, Department of Law          By:     /s/ Maggie Sobota
Constitutional and Commercial                       Attorney for Defendant City of
  Litigation Division                              Chicago
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-0260 / 744-9018