IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
| Plaintiffs, | No. 21 CV 03240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, et al., | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 9, 2021**, at the hour of **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, or any judge sitting in her stead, and present **Defendant City of Chicago's Motion to Dismiss and Supporting Memorandum**, copies of which are attached and hereby served upon you.

Date: August 4, 2021

MAGGIE SOBOTA
Maggie.Sobota@cityofchicago.org
JORDAN ROSEN
Jordan.Rosen@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial
 Litigation Division
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-0260 / 744-9018

Respectfully submitted,

CELIA MEZA,
Corporation Counsel for the City of Chicago

By: /s/ Maggie Sobota
 Attorney for Defendant City of Chicago