UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Pete Czosnyka, et al.
                    Plaintiff,

v.                                          Case No.: 1:21−cv−03240
                                            Honorable Sharon Johnson Coleman

James Gardiner, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 5, 2021:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant James Gardiner's uncontested motion for an extension of time [13] is granted. Responsive pleading to be filed by 8/25/2021. Plaintiffs are to file a response to defendant City of Chicago's motion to dismiss [15] by 9/2/2021. Defendant to file a reply by 9/16/2021. Once the matter is fully briefed, the Court shall take it under advisement. No appearance necessary on 8/9/2021. Status hearing set for 8/16/2021 is stricken and reset to 8/27/2021 at 10:30 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.