## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **Pete Czosnyka, Peter Barash, et al.** ) | |
| Plaintiffs, ) | Case No.   21-cv-03240 |
| ) | |
| ) | Hon. Judge Johnson Coleman |
| v. ) | |
| ) | |
| **James Gardiner, City of Chicago,** ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

### DEFENDANT JAMES GARDINER'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant James Gardiner ("Gardiner"), by and through his attorney, Thomas D. Carroll of Thomas R. Raines Attorney at Law, LLC, hereby moves for an extension of time to answer or otherwise plead to Plaintiffs' Complaint (the "Complaint"). In support of the motion, Defendant states as follows:

1. Plaintiffs, Czosnyka, Barash, Vavrick, Maino, Held, and Suh ("Plaintiffs") filed this action on June 17, 2021. *See* Dkt. 1.

2. Defendant Gardiner was served with process on June 23, 2021. *See* Dkt. 6.

3. As soon as he was retained, Defendant's attorney, the undersigned, filed an appearance on behalf of Gardiner, on August 23, 2021.

4. Defendant's responsive pleading is currently due on Wednesday, August 25, 2021, per the Court's order of August 5, 2021. *See* Dkt. 18.

5. Defendant The City of Chicago has apparently filed two uncontested motions for extension of time to answer or otherwise plead on behalf of Gardiner, which the court granted; however, the undersigned attorney was only retained in order to serve as counsel for Gardiner on August 23, 2021, due to ongoing discussions

between Gardiner and the City of Chicago about who would be authorized to represent him in this matter, as a party alleged to have acted in his public capacity as a City of Chicago official.

6. Because Defendant Gardiner's counsel, Thomas D. Carroll, had only been retained for a matter of hours as of the time of this filing, and requires some time to review the pleadings and coordinate a strategy with his client, Defendant Gardiner moves this Court for an extension of fourteen (14) days additional time, until September 8, 2021, to file a responsive pleading to the Complaint.

7. This motion is made in the interests of judicial efficiency, with no intention or likelihood of causing undue delay.

8. The undersigned counsel for the Defendant conferred with attorneys for the Plaintiff, Mark G. Weinberg, on August 23, 2021, and Adele Nicholas, on August 24, 2021, to inform Plaintiffs of his intention to file this motion and request that the motion be labeled "unopposed." Both of Plaintiffs' attorneys indicated that Plaintiffs have no objection to this motion for extension of time.

WHEREFORE, the Defendant, James Gardiner, respectfully request that the Court grant this motion for extension of time to answer or otherwise plead to Plaintiff's Complaint until Wednesday, September 8, 2021, and for any other relief that the Court deems just.

[*Signature follows below.*]

        Respectfully Submitted,
        THOMAS R. RAINES
        ATTORNEY AT LAW, LLC


        /s/ Thomas D. Carroll
        Thomas D. Carroll
        Thomas R. Raines Attorney at Law, LLC
        20 N. Wacker Dr., Suite 556
        Chicago, IL 60606
        T: (312) 750-1166
        F: (312) 750-1164
        tcarroll@traalaw.com

Dated: August 24, 2021

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Defendant, hereby certifies that on August 24, 2021 he served a copy of the Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Plead on all counsel of record by electronic means via the Northern District of Illinois's Electronic Case Filing (ECF), system, which notifies all counsels and parties of record.


        /s/ Thomas D. Carroll
        Thomas D. Carroll