# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **Pete Czosnyka, Peter Barash,** | ) | |
| **et al.** | ) | Case No. 21-cv-03240 |
| **Plaintiffs,** | ) | |
| | ) | Hon. Judge Johnson Coleman |
| v. | ) | |
| | ) | |
| **James Gardiner, City of Chicago,** | ) | |
| | ) | |
| **Defendants.** | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

Please take notice that on <u>Friday, August 27, 2021 at 10:30 a.m.</u>, or as soon thereafter as may be heard, the undersigned attorney will appear before the Honorable Sharon Johnson Coleman, via teleconference, and present the attached **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, at which time you may appear if you see fit.

/s/ Thomas D. Carroll
Thomas D. Carroll
Thomas R. Raines Attorney at Law, LLC
20 N. Wacker Dr., Suite 556
Chicago, IL 60606
T: (312) 750-1166
F: (312) 750-1164
tcarroll@traalaw.com

Dated: August 24, 2021

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Defendant, hereby certifies that on <u>August 24, 2021</u> he served a copy of the <u>Defendant's Notice of Unopposed Motion for Extension of Time to Answer or Otherwise Plead</u> on all counsel of record by electronic means via the Northern District of Illinois's Electronic Case Filing (ECF), system, which notifies all counsels and parties of record.

/s/ Thomas D. Carroll
Thomas D. Carroll