IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
| Plaintiffs, | No. 21 CV 03240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, et al., | |
| Defendants. | |

**MOTION TO WITHDRAW APPEARANCE OF MARGARET R. SOBOTA AS ATTORNEY FOR DEFENDANT CITY OF CHICAGO**

Pursuant to Local Rule 83.17 of the Rules of the United States District Court for the Northern District of Illinois, Defendant City of Chicago, by its attorney, Celia Meza, Corporation Counsel of the City of Chicago, hereby moves the Court to withdraw the appearance of Margaret R. Sobota as counsel for the City effective October 15, 2021. In support of this motion, the City states as follows:

1. As of October 15, 2021, Ms. Sobota will no longer be working in the City of Chicago's Department of Law.

2. Assistant Corporation Counsel Jordan Rosen of the City of Chicago's Department of Law will continue to represent the City in this case. Thus, no substitution of counsel is necessary.

**WHEREFORE**, the City of Chicago respectfully requests that the Court grant this motion and withdraw the appearance of Margaret R. Sobota as counsel of record for the City in the above-captioned matter effective October 15, 2021.

| | |
|---|---|
| Date:   October 8, 2021 | Respectfully submitted, |
| MARGARET R. SOBOTA<br>Maggie.Sobota@cityofchicago.org<br>JORDAN ROSEN<br>Jordan.Rosen@cityofchicago.org<br>City of Chicago, Department of Law<br>Constitutional and Commercial<br>  Litigation Division<br>2 North LaSalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 742-0260 / 744-9018 | CELIA MEZA,<br>Corporation Counsel for the City of Chicago<br><br>By:   /s/ Margaret R. Sobota<br>         Attorney for Defendant City of Chicago |