**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PETE CZOSNYKA, et al.,

    Plaintiffs,

       v.

JAMES GARDINER, et al.,

    Defendants.

21-cv-3240

Hon. Sharon Johnson Coleman

**NOTICE OF MOTION**

To: Thomas D. Carroll
    Thomas R. Raines Attorney at Law
    20 N. Wacker Dr., Suite 556
    Chicago, IL 60606
    tcarroll@traalaw.com

    Jordan Rosen
    City of Chicago, Department of Law
    2 North LaSalle Street, Suite 520
    Chicago, Illinois 60602
    Jordan.Rosen@cityofchicago.org

PLEASE TAKE NOTICE that on Tuesday, November 2, 2021, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Hon. Judge Sharon Johnson Coleman in courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and present **Plaintiffs' Motion to Reconsider the Court's Decision Granting Defendant City of Chicago's Motion to Dismiss**.

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com