**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Pete Czosnyka, et al.
                      Plaintiff,

v.                                           Case No.: 1:21−cv−03240
                                                    Honorable Sharon Johnson Coleman

James Gardiner, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 10, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court denies defendant's motion to dismiss [26]. Enter Memorandum Opinion and Order. Telephone status hearing is set for 2/23/2022 at 10:00 AM. The call−in number is (877)336−1829 and the access code is 5205245. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.