IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
| Plaintiffs, | 21-cv-3240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, | |
| Defendant. | |

**JOINT INITIAL STATUS REPORT**

The parties, through their respective counsel, conferred and drafted the following initial status report:

**I. Attorneys of Record:**

For Plaintiffs:

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net

For Defendant:

Thomas D. Carroll
Thomas R Raines Attorney at Law, LLC
20 N Wacker Drive, Suite 556
Chicago, IL 60606
(312) 750-1166
tcarroll@traalaw.com

1

## II. Nature of the Case

Plaintiffs allege that Defendant Alderman James Gardiner violates their First Amendment rights by engaging in content-based regulation of speech on his official Facebook Page. Plaintiffs seek to represent a class of similarly situated Chicago residents who seek to comment on Alderman Gardiner's Facebook Page. Plaintiffs seek class-wide injunctive and declaratory relief. The named Plaintiffs seek compensatory and/or nominal damages.

## III. Status of the Case and Pending Motions

The Court granted Defendant City of Chicago's motion to dismiss and denied Defendant Alderman Gardiner's motion to dismiss. There are no pending motions.

## IV. Proposed Discovery Schedule:

- Nature of Discovery Required

Plaintiffs intend to take written and oral discovery regarding Defendant Alderman Gardiner's use and regulation of his Facebook Page; the facts particular to the Plaintiffs; and Plaintiffs' damages.

- Proposed Discovery Schedule

**Defendant to Answer**: March 17, 2022.

**Parties to Exchange Rule 26(a)(1) Disclosures**: March 18, 2022.

**Deadline for Amendment of Pleadings and/or Joining Additional Parties**: June 15, 2022.

**Fact Discovery Completed:** September 14, 2022.

At this time, the parties do not anticipate conducting expert discovery. The parties request a status hearing at the close of fact discovery to discuss the need for any expert discovery and/or a briefing schedule for dispositive motions.

**V. Trial:**

Plaintiffs have requested a jury trial. At this time, the parties estimate that trial would last approximately 4-5 days.

**VI. Status of Settlement Discussions:**

The parties have not had settlement discussions and do not request a settlement conference at this time. The parties will inform the court promptly if they believe that a settlement conference would be fruitful.

**VII. Consent to Proceed Before the Magistrate Judge:**

The parties do not unanimously consent to proceed before a magistrate judge.

Respectfully submitted,

| | |
|---|---|
| /s/ Adele D. Nicholas<br>*Counsel for Plaintiffs* | /s/ Thomas D. Carroll<br>*Counsel for Defendant* |
| Law Office of Adele D. Nicholas<br>5707 W. Goodman Street<br>Chicago, Illinois 60630<br>(847) 361-3869<br>adele@civilrightschicago.com | Thomas D. Carroll<br>Thomas R Raines Attorney at Law, LLC<br>20 N Wacker Drive, Suite 556<br>Chicago, IL 60606<br>(312) 750-1166<br>tcarroll@traalaw.com |
| Law Office of Mark G. Weinberg<br>3612 N. Tripp Avenue<br>Chicago, Illinois 60641<br>(773) 283-3913<br>mweinberg@sbcglobal.net | |

3