**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Pete Czosnyka, et al.

       Plaintiff,

v.              Case No.: 1:21−cv−03240
              Honorable Sharon Johnson Coleman

James Gardiner, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

   MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 2/23/2022. Defendants to file a responsive pleading by 3/16/2022. Case is referred to Magistrate Judge Finnegan for discovery supervision and settlement. An in−person status hearing is set for 5/17/2022 at 9:45 AM. Once the responsive pleading is filed, the Court will set any discovery deadlines. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.