**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Pete Czosnyka, et al.
                Plaintiff,

v.                                       Case No.: 1:21−cv−03240
                                            Honorable Sharon Johnson Coleman

James Gardiner, et al.
                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (ym, )


Dated: February 23, 2022

                                                                      /s/ Sharon Johnson Coleman

                                                                        United States District Judge