UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Pete Czosnyka, et al.
                              Plaintiff,

v.                                          Case No.: 1:21−cv−03240
                                            Honorable Sharon Johnson Coleman

James Gardiner, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 28, 2022:

    MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 4/28/2022 and continued to 6/1/2022 at 9:15 a.m. The parties report that initial disclosures have been exchanged. Written discovery has not been served. Plaintiff expects to issue three record subpoenas, and is to promptly send the subpoenas to Defendant for review and then serve them before the next status hearing if there are no objections. Should the parties choose to engage in a settlement conference, they may contact the courtroom deputy for scheduling. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.