## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Pete Czosnyka, et al.
                               Plaintiff,

v.                                                         Case No.: 1:21−cv−03240
                                                        Honorable Sharon Johnson Coleman

James Gardiner, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 6/1/2022 and continued to 6/30/2022 at 9:15 a.m. Neither of the attorneys for Plaintiffs dialed in and are admonished that an attorney must participate in every status hearing Defendant reports that it did not object to Plaintiffs' subpoenas so assumes they were issued. While the parties have not yet issued written discovery, Defendant expects to do so this week. The Court reminds the parties of the 9/30/2022 fact discovery deadline. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.