# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PETE CZOSNYKA,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No: 21-cv-3240 |
| | ) |
| **JAMES GARDINER,** | ) |
| | ) |
| **Defendant.** | ) |

## CITY OF CHICAGO OFFICE OF THE INSPECTOR GENERAL'S MOTION FOR LEAVE TO FILE A MOTION TO QUASH SUBPOENA OF NON-PARTY RECORDS

Non-party the City of Chicago Office of the Inspector General ("OIG"), by and through one of its attorneys, Celia Meza, respectfully moves this Court for leave under Local Rule 5.6 to file its Motion to Quash Subpoena of non-party records, attached as Exhibit. Plaintiffs have subpoenaed records from the OIG. The subpoena presents an undue burden on the non-party.

Respectfully submitted,

Dated: July 15, 2022      By:    */s/ Rey A. Phillips Santos*
                                  Rey A. Phillips Santos
                                  Assistant Corporation Counsel Senior

Rey A. Phillips Santos (he / él)
Assistant Corporation Counsel Senior
City of Chicago Department of Law
121 N. LaSalle St., Suite 600
Chicago, IL 60602
312-744-7636
rey.phillips_santos@cityofchicago.org