**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PETE CZOSNYKA,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| **v.** | ) | **Case No: 21-cv-3240** |
| | ) | |
| **JAMES GARDINER,** | ) | |
| | ) | |
| Defendant. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Rey A. Phillips Santos, certify that I filed the Motion for Leave to file the Motion to Quash Subpoena on behalf of the Office of the Inspector General via email on July 15, 2022, giving notice to the below listed, which I understand to be all counsel of record.

For the Plaintiffs:
Mark G. Weinberg
mweinberg@sbcglobal.net

Adele D. Nicholas
adele@civilrightschicago.com

For the Defendant:
Thomas Delcorps Carrol
tcarroll@traalaw.com

*/s/ Rey A. Phillips Santos*
Rey A. Phillips Santos
Assistant Corporation Counsel Senior

Respectfully submitted,

Dated: July 15, 2022      By:    */s/ Rey A. Phillips Santos*
                                                               Rey A. Phillips Santos
                                                               Assistant Corporation Counsel Senior

Rey A. Phillips Santos (he / él)
Assistant Corporation Counsel Senior
City of Chicago Department of Law
121 N. LaSalle St., Suite 600
Chicago, IL 60602
312-744-7636
rey.phillips_santos@cityofchicago.org