[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Pete Czosnyka, et al.

Plaintiff

v.

James Gardiner

Defendant

Case Number: 21-cv-3240

Judge: Sharon Johnson Coleman

## NOTICE OF MOTION

**TO:** Adele D. Nicholas (for plaintiffs)

Mark G. Weinberg (for plaintiffs)

Thomas Delcorps Carroll (for defendant)

**PLEASE TAKE NOTICE** that on August 3, 2022 at 9:15 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Johnson Coleman or any judge sitting in his or her stead in **Courtroom** 1238 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion for Leave to File a Motion to Quash Subpoena

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I provided service to the person or persons listed above by the following means: email

Signature: _[signature]_

Date: July 15, 2022

Name (Print): Rey A. Phillips Santos

Address: 121 N. LaSalle St. #600

Phone: 312-744-7636

Chicago, IL 60602

rey.phillips_santos@cityofchicago.org

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]