UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Pete Czosnyka, et al.
                    Plaintiff,

v.                                      Case No.: 1:21−cv−03240
                                      Honorable Sharon Johnson Coleman

James Gardiner, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 18, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion of non−party City of Chicago Office of Inspector General for leave to file a motion to quash subpoena [51] is granted. Plaintiff's response to the underlying motion to quash is due by 8/1/2022. After reviewing the briefs, the Court will decide whether to require a reply and/or schedule a hearing for argument. The motion hearing set on 8/3/2022 before Judge Coleman is cancelled. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.