# Richard Superfine

| | |
|---|---|
| From: | Pete Czosnyka <peteczosnyka@comcast.net> |
| Sent: | Friday, May 28, 2021 8:38 AM |
| To: | Steve Berlin; Maurice Cox |
| Cc: | Richard Superfine; reportcorruption@igchicago.org |
| Subject: | RE: COMPLAINT: Public Meeting Violation |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

[Warning: External email]

Director Berlin,

Thank you for your prompt response. The BOE was copied to add to the list of Ald Gardiner's reported constitutional violations, violations which the corporate City structure seems content with allowing.

Anticipating just this BOE response, I preemptively cited the "prima facie" evidence, evidence which the BOE itself claims it can act unilaterally on.

Pete Czosnyka
5745 N Menard Avenue
Chicago, IL 60646
peteczosnyka@comcast.net

> On 05/28/2021 8:33 AM Steve Berlin <steve.berlin@cityofchicago.org> wrote:
>
>
> Your complaint is received – thank you. As you know, the Board cannot conduct factual investigations; the OIG has that authority. Should the OIG investigate and believe any provisions of the City's Governmental Ethics Ordinance were violated, then the Board will adjudicate the matter. The OIG may conclude that laws or policies other than the Ethics Ordinance are implicated, in which case the matter would not be brought to the Board of Ethics. Please see this guide: https://www.chicago.gov/content/dam/city/depts/ethics/general/Publications/EnforceProcedures.pdf
>
>
> Steve
>
>
> Steven I. Berlin
>
> Executive Director

1