## Steve Berlin

| | |
|---|---|
| From: | Steve Berlin |
| Sent: | Monday, June 7, 2021 8:34 AM |
| To: | Pete Czosnyka |
| Cc: | Richard Superfine |
| Subject: | Re: The Board of Ethics choice... |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Sir, your insulting emails to us are utterly pointless. Please file your complaints with the proper authorities and learn what *prima facie* means. It's apparent we cannot explain it to you. That someone was blocked is not *prima facie* evidence of a violation. There are valid reasons why someone has been blocked, and knowing which post(s) that led to the blocking are key. But, as we have explained to you many times, that requires an investigation.

Good day to you.

Steve

Steven I. Berlin
Executive Director
City of Chicago Board of Ethics
740 N. Sedgwick, Suite 500
Chicago, IL 60654
direct: 312-742-8152
fax: 312-744-2793
steve.berlin@cityofchicago.org

***E-Mail Confidentiality Notice***

*This e-mail message may contain confidential information from the Board of Ethics. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or forwarding of this message, or the taking of any action in reliance on its content, is strictly prohibited. In such case, you should notify the sender by reply e-mail and delete this message immediately.*

---

**From:** Pete Czosnyka <peteczosnyka@comcast.net>
**Sent:** Monday, June 7, 2021 8:12 AM
**To:** Steve Berlin <Steve.Berlin@cityofchicago.org>
**Cc:** Richard Superfine <Richard.Superfine@cityofchicago.org>
**Subject:** Re: The Board of Ethics choice...

1