## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Czosnyka, et al v. Gardiner     Case Number: 21-cv-3240

An appearance is hereby filed by the undersigned as attorney for:
Non-party City of Chicago Office of Inspector General

Attorney name (type or print): Eileen E. Rosen

Firm:  Rock Fusco & Connelly, LLC

Street address:   333 West Wacker Drive, 19th Floor

City/State/Zip:   Chicago, IL 60606

Bar ID Number: 6217428     Telephone Number:   312-494-1000
(See item 3 in instructions)

Email Address: erosen@rfclaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 25, 2022

Attorney signature:   S/ Eileen E. Rosen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015