# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al. | ) |
| Plaintifs, | ) |
| | ) Case No. 21-CV-3240 |
| v. | ) |
| | ) Hon. Sharon Johnson Coleman |
| JAMES GARDINER, | ) |
| Defendant. | ) |

## OPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY IN SUPPORT OF MOTION TO QUASH

Non-party, the City of Chicago Office of Inspector General ("OIG"), by and through its respective undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b)(1)(A), move to extend the deadline to file its reply in support of the City of Chicago Office of the Inspector General's Motion to Quash Subpoena of Non-Party Records ("Motion to Quash") (Dkt. 54) by one week, to September 2, 2022, and state:

1. The undersigned attorneys were recently retained to represent the OIG in connection with Plaintiffs' subpoena.

2. Before the undersigned counsel was retained, the OIG filed its Motion to Quash on July 15, 2022 (Dkt. 54) and Plaintiffs filed Plaintiffs' Response to the City of Chicago Office of the Inspector General's Motion to Quash ("Plaintiff's Response") (Dkt. 55) on August 1, 2022.

3. The OIG's deadline to reply was originally set for August 19, 2022 (Dkt. 57), but was rescheduled to August 26, 2022, with a hearing on the OIG's Motion to Quash scheduled for September 1, 2022. (Dkt. 58).

4. The undersigned counsel for the OIG, once retained, reviewed the pleadings, and initiated Fed. R. Civ. P. 37(a)(1) discussions with Plaintiff's counsel in effort to resolve this dispute. OIG's counsel and Plaintiff's counsel exchanged emails on August 11, 16, 19, and 23 and met and conferred via phone conference on August 16 and 25 to try to clarify the scope of Plaintiff's subpoena and resolve this dispute.

5. During today's call, the OIG's counsel proposed producing complaints and associated investigative documents related to closed investigative files of complaints made by the named Plaintiffs regarding James Gardiner's Facebook page during the time period sought by the subpoena ("Plaintiffs' Facebook Complaints"). The OIG's counsel further proposed that after Plaintiff's counsel had time to review those documents, Plaintiffs could inform the OIG if they believed they needed additional materials and then, if the parties could not reach agreement, the OIG would file its reply which would then focus on only the materials that remained in dispute. Unfortunately, the attorney who participated in today's call is not the decision maker on this issue. Therefore, an agreement regarding the OIG's proposal could not be reached.

6. While the Parties have not reached an agreement on the OIG's proposal, the OIG is gathering the responsive documents that it has agreed to produce, specifically Plaintiffs' Facebook Complaints, and will produce them regardless of any agreement regarding the other documents in dispute.

7. Because Plaintiffs have not provided the OIG with its final position and because the OIG is hopeful that the documents that remain in dispute can be narrowed, the OIG seeks a one-week extension to file its reply in support of its Motion to Quash. This extension will not delay these proceedings nor prejudice the Plaintiffs as the one-week extension is minimal. And, as set forth above, the OIG has begun assembling the materials over which there is no dispute.

8. Plaintiffs object to this extension. Plaintiffs' counsel indicated that their opposition is based upon a short timeline set for completion of discovery and depositions scheduled for early September.

WHEREFORE, the OIG respectfully requests the August 26, 2022 deadline to file its reply in support of its Motion to Quash be extended to September 2, 2022 and for the September 1, 2022 hearing to also be rescheduled accordingly, and for any other relief this Court deems just and reasonable.

Respectfully submitted,

Dated: August 25, 2022

By: /s/ *Eileen E. Rosen*
Special Assistant Corporation Counsel
*One of the Attorneys for the Office of the Inspector General*
Eileen E. Rosen
Andrew Grill
Jessica L. Zehner
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, Floor 19
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com
agrill@rfclaw.com
jzehner@rfclaw.com