## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Pete Czosnyka, et al.
                       Plaintiff,

v.                                            Case No.: 1:21−cv−03240
                                                    Honorable Sharon Johnson Coleman

James Gardiner, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 26, 2022:

       MINUTE entry before the Honorable Sheila M. Finnegan: The City of Chicago Office of Inspector General's opposed motion for extension of time to file reply in support of motion to quash subpoena [63] is granted. The OIG's new counsel has conducted recent communications with Plaintiffs' counsel, and the OIG has decided to produce some of the documents sought by the subpoena. After Plaintiffs' counsel reviews those documents, their counsel is directed to promptly discuss the remaining categories of documents with the OIG's counsel in an effort to further narrow the disputes addressed in the briefing. Since the Court is unavailable for a motion hearing the week of 9/5/2022, the OIG is to file its reply brief by 9/9/2022 (allowing a little more time for the parties to confer). The motion hearing on 9/1/2022 is cancelled and reset to 9/13/2022 at 11:30 a.m. in courtroom 2214. Given Plaintiffs' opposition to the motion to extend (due to the 9/30/2022 fact discovery deadline), the Court is also extending the deadline to complete fact discovery until 10/14/2022. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.