# Exhibit A

 Gmail

Adele Nicholas <adele@civilrightschicago.com>

## Czosnyka v Gardiner subpoena

5 messages

---

**Adele Nicholas** <adele@civilrightschicago.com>                           Thu, Jun 16, 2022 at 3:40 PM
To: Rey Phillips_Santos <Rey.Phillips_Santos@cityofchicago.org>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Dear Rey,

Thank you for meeting with me earlier today. As discussed, we are agreeable to narrowing our subpoena as follows:

> all documents (including, but not limited to, complaints, audits, reviews, investigations, interviews, correspondence, reports, and findings) that reference or pertain to the following:

- 45th Ward Alderman James Gardiner's Facebook Page;

- 45th Ward Alderman James Gardiner and any of the named Plaintiffs in our case (Pete Czosnyka, Peter Barash, Dominick Maino, Steve Held, Adam Vavrick, or James Suh).

I hope that this is agreeable in that it will eliminate from the request any documents that pertain to our clients but are unrelated to their interactions with Alderman Gardiner and/or his Facebook page.

Please let us know how you would like to proceed.

Thanks,

Adele


--
Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
p. 847-361-3869
f. 312-528-7670
www.adelenicholaslaw.com

---

**Rey Phillips_Santos** <Rey.Phillips_Santos@cityofchicago.org>              Thu, Jun 16, 2022 at 4:05 PM
To: Adele Nicholas <adele@civilrightschicago.com>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Dear Adele,


It was nice to meet with you today.  Thank you for sending me the email.  I will be in touch after we discuss internally.

Regards,

Rey A. Phillips Santos (he / él)

Senior Assistant Corporation Counsel

City of Chicago Department of Law

121 N. LaSalle St., Suite 600

Chicago, IL 60602

312-744-7636 Office

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Adele Nicholas <adele@civilrightschicago.com>
**Sent:** Thursday, June 16, 2022 3:40 PM
**To:** Rey Phillips_Santos <Rey.Phillips_Santos@cityofchicago.org>
**Cc:** Mark Weinberg <mweinberg@sbcglobal.net>
**Subject:** Czosnyka v Gardiner subpoena

[Warning: External email]

[Quoted text hidden]

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**Rey Phillips_Santos** <Rey.Phillips_Santos@cityofchicago.org>                    Fri, Jul 8, 2022 at 2:54 PM
To: Adele Nicholas <adele@civilrightschicago.com>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Dear Adele,

Sorry for the tardiness in replying. Thank you for being agreeable to narrowing the subpoena. I will endeavor to respond to the narrowed subpoena next week (and please understand, that I am very motivated to do this as I will be on vacation from July 15 to August 1).

Regards,

Rey A. Phillips Santos (he / él)

Senior Assistant Corporation Counsel

City of Chicago Department of Law

121 N. LaSalle St., Suite 600

Chicago, IL 60602

312-744-7636 Office

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Adele Nicholas <adele@civilrightschicago.com>
**Sent:** Thursday, June 16, 2022 3:40 PM
**To:** Rey Phillips_Santos <Rey.Phillips_Santos@cityofchicago.org>
**Cc:** Mark Weinberg <mweinberg@sbcglobal.net>
**Subject:** Czosnyka v Gardiner subpoena

[Warning: External email]

Dear Rey,

[Quoted text hidden]

[Quoted text hidden]

**Rey Phillips_Santos** <Rey.Phillips_Santos@cityofchicago.org>          Thu, Jul 14, 2022 at 1:24 PM
To: Adele Nicholas <adele@civilrightschicago.com>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Hi Adele and Mark,

I called today, but was unsuccessful in leaving a voicemail message as the message box was full.

I need to clarify that my client did not give me the authority to agree to what you had communicated as a narrowing. The client thought we were still in negotiations and I see from my words below that I indicated that I was under the impression that we had agreed. But, as my client points out, the scope was broadened as it now has no timeframe from which to work and has an incredibly broad scope in that it includes any complaints about any subject that the Plaintiffs made about Gardiner. Further, it still gets into the workings of the OIG, which is completely irrelevant to the First Amendment case and violates the confidentiality of whomever complained to the OIG. And in reviewing what we had discussed, I remember that we were going to hammer through search terms that you would want for the databases to be searched. So my email was naïve and did not reflect a meeting of the minds.

The problem, as we communicated in the phone call on June 16, is that the subpoena is overbroad. That is why we attempted to narrow the subpoena to the complaints your clients made to the OIG regarding Gardiner's use of social media. We can understand the argument that those complaints could be relevant to their case. We believe that they already have this information, though, and that this would be cumulative. Nonetheless, we are willing to turn these over if there is an protective order in place. The OIG does not have the authority to reveal information about those who complain to it as all of those documents are supposed to be confidential. In fact, the Municipal Code of Chicago requires those documents to be kept confidential and not be released to anyone except a few set out in the Chapter. If you would agree to limit the scope to that, and for a specified timeline, we could turn over those documents.

I am happy to discuss further.

Regards,

Rey A. Phillips Santos (he / él)

Senior Assistant Corporation Counsel

City of Chicago Department of Law

121 N. LaSalle St., Suite 600

Chicago, IL 60602

312-744-7636 Office

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged

and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

[Quoted text hidden]

---

**Adele Nicholas** <adele@civilrightschicago.com>                    Thu, Jul 14, 2022 at 2:12 PM
To: Rey Phillips_Santos <Rey.Phillips_Santos@cityofchicago.org>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Hi Rey,
Thank you for reaching out. All of this comes as a surprise to me after our phone call and the follow up email I sent regarding our conversation several weeks ago. We anticipated your response to the subpoena today. We will discuss this internally and respond as soon as possible.
Adele

[Quoted text hidden]