# Exhibit B



Adele Nicholas <adele@civilrightschicago.com>

## memorialization of agreement regarding subpoena
2 messages

**Rey Phillips_Santos** <Rey.Phillips_Santos@cityofchicago.org>  Fri, Jul 15, 2022 at 11:15 AM
To: Adele Nicholas <adele@civilrightschicago.com>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Dear Adele,

This email memorializes an agreement as to the terms of response to a non-party subpoena that you issued.

After an agreed protective order is put in place, but no sooner than August 5, 2022, OIG will produce complaints it received between May 7, 2019, and May 25, 2022, from the named plaintiffs (Pete Czosnyka, Peter Barash, Adam Vavrick, Dominick Maino, Steve Held, and James Suh) about Alderman Gardiner's use of social media. We agree that a standard protective order used by Magistrate Judge Finnegan and the U.S. District Court for the Northern District of Illinois (Form LR 26.2 Model Confidentiality Order), filed with and approved by the court is appropriate to our needs.

Production of these documents subject to the protective order will completely fulfill OIG's obligations under the subpoena you issued to OIG (dated May 25, 2022, but actually received by OIG via U.S. Mail on June 2, 2022).

Please acknowledge your agreement by response to this email.

Regards,

Rey A. Phillips Santos (he / él)

Senior Assistant Corporation Counsel

City of Chicago Department of Law

121 N. LaSalle St., Suite 600

Chicago, IL 60602

312-744-7636 Office

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**Adele Nicholas** <adele@civilrightschicago.com>  Fri, Jul 15, 2022 at 11:28 AM
To: Rey Phillips_Santos <Rey.Phillips_Santos@cityofchicago.org>
Cc: Mark Weinberg <mweinberg@sbcglobal.net>

Hi Rey,
Thank you for the email. I want to be clear that we are not agreeing to limit our subpoena to solely the complaints submitted by the named Plaintiffs, and we need to have further discussion regarding OIG's compliance with the subpoena. However, to facilitate the process, I will work with our opposing counsel in the case to get a protective order entered to cover the use and disclosure of any documents produced by OIG in response to our subpoena.
Thank you,
Adele

[Quoted text hidden]
--
Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
p. 847-361-3869
f. 312-528-7670
www.adelenicholaslaw.com