# Exhibit C

# Andrew Grill

| | |
|---|---|
| **From:** | Adele Nicholas <adele@civilrightschicago.com> |
| **Sent:** | Friday, September 9, 2022 11:51 AM |
| **To:** | Izeta Causevic |
| **Cc:** | Andrew Grill; Eileen E. Rosen; Jessica Zehner; MARK WEINBERG |
| **Subject:** | Re: Czonsnyka v. Gardiner - 21 cv 3240 |

Hi All,

Thanks for your time on the phone. To recap:

(1) we will be looking for your privilege log today regarding the open investigation file that was not produced and the redactions to the documents that were produced;

(2) with regard to files regarding complaints made by our clients regarding Mr. Gardiner that do not specifically focus on the Facebook page, you are, as a general matter, standing on your objection, but will investigate whether there is a file regarding an investigation in which Mr. Czosnyka was interviewed that has not been produced and will get back to us on whether your client will produce that file voluntarily;

(3) you are standing on your objection to production of files regarding complaints made by persons other than the named Plaintiffs regarding Mr. Gardiner's regulation of content on his facebook page.

thanks,
Adele

On Tue, Sep 6, 2022 at 2:53 PM Izeta Causevic <icausevic@rfclaw.com> wrote:

> Please see below call in info, also a calendar invite just went out.
>
> Call in number 800-719-7514
>
> Conference ID: 689200
>
> Thanks!
>
> **From:** Andrew Grill <agrill@rfclaw.com>
> **Sent:** Tuesday, September 6, 2022 2:45 PM
> **To:** Adele Nicholas <adele@civilrightschicago.com>
> **Cc:** Eileen E. Rosen <ERosen@rfclaw.com>; Izeta Causevic <icausevic@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; MARK WEINBERG <mweinberg@sbcglobal.net>
> **Subject:** RE: Czonsnyka v. Gardiner - 21 cv 3240