UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Pete Czosnyka, et al.
                            Plaintiff,

v.                                         Case No.: 1:21−cv−03240
                                                    Honorable Sharon Johnson Coleman

James Gardiner, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 13, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held by video on 9/13/2022 as to City of Chicago Office of Inspector General's Motion to Quash Subpoena of Non−Party Records [54]. The motion is granted in part and denied in part as described on the record. By 10/7/2022, the parties are to file a joint status report with an update on the OIG's production and any disputes over documents withheld based on a claim of privilege. Status hearing (by video) is set on 10/14/2022 at 11:00 a.m. The parties are to appear at the video hearing by accessing the following hyper link: https://us−courts.webex.com join/sheila_finneganilnd.uscourts.gov. Parties that do not have access to a device with video capability are directed to appear telephonically. Dial in number: 1−650−479−3207, access code: 180 965 8027. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.