IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> JAMES GARDINER, *et al*., <br><br> Defendants. | Case No. 1:21-cv-03240 <br><br> Honorable Sharon Johnson Coleman |

**JOINT STATUS REPORT**

NOW COME all parties, by their undersigned counsel, and submit the following joint status report pursuant to the Court's September 13, 2022 Minute Order (Dkt. 67), to apprise the Court of the status of the Office of the Inspector General's ("OIG") production and any disputes over documents withheld based on a claim of privilege:

1. On September 7, 2022, the OIG produced 561 pages of documents responsive to Plaintiffs' subpoena for OIG complaints and associated investigative documents related to Alderman James Gardiner's Facebook page from May 7, 2019 to present. A privilege log describing the basis for the OIG's withholding of certain privileged information was produced on September 12, 2022.

2. The OIG moved to quash the remaining portions of Plaintiffs' subpoena that sought materials related to Plaintiffs' complaints about Gardiner that did not specifically focus on Gardiner's use and regulation of his Facebook page and non-party complaints about Gardiner's use and regulation of his Facebook page.

3. On September 13, 2022, a hearing was held on the OIG's motion to quash. This Court granted in part and denied in part the OIG's motion and ordered Plaintiffs to take the

depositions of Gardiner and his staff members to determine whether Plaintiffs believed they were entitled to additional documents beyond what the OIG has already produced. (*See* Dkt. 67).

4. The Court also directed the OIG to investigate whether the OIG possessed any non-privileged materials related to interviews with Plaintiff, Peter Czosnyka ("Czosnyka"), as well as any responsive and non-privileged interviews with Gardiner or his staff members.

5. Lastly, the parties were ordered to file a joint status report to update the Court on the OIG's investigation by October 7, 2022. Additionally, Plaintiffs were ordered to file their objections, if any, to the OIG's assertions of privilege as reflected in the produced privilege log by October 7, 2022. (*See* Dkt. 67).

6. To date, Plaintiff has not raised any objection concerning the OIG's privilege log.

7. The OIG has since investigated the matters raised by the Court at the September 7, 2022 hearing. The OIG has located four interview reports that are responsive to the Court's inquiry.

8. One report memorializes an interview with Czosnyka in an open OIG investigation done in follow up to Czosnyka's non-Facebook related complaint about Gardiner. As such, the OIG believes this report is confidential and privileged from disclosure.

9. The other three reports memorialize interviews with two of Gardiner's staff members. The first staff member interview report is related to an open investigation, and therefore privileged. The second staff member interview report is not related to Gardiner's use of the Facebook page and therefore it is not responsive to Plaintiff's subpoena.

10. The third staff member interview report does discuss the use of Gardiner's Facebook page but is beyond the scope of Plaintiff's subpoena because it is from an investigation that arises from a non-Facebook related complaint about Gardiner.

11. Based on the production received from the OIG and the other discovery conducted to date, Plaintiffs will withdraw their request for further document production from OIG.

12. Plaintiffs have taken the depositions of Defendant Alderman Gardiner and former staff member Tanya King. Plaintiffs have also interviewed former staff member Ethan Brady, the only other witness disclosed by Gardiner.

Respectfully submitted,

By: /s/ *Eileen E. Rosen*
Special Assistant Corporation Counsel
*One of the Attorneys for the City of Chicago*
*Office of the Inspector General*
Eileen E. Rosen
Andrew Grill
Jessica L. Zehner
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, Floor 19
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com
agrill@rfclaw.com
jzehner@rfclaw.com

/s/Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com