## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Pete Czosnyka, et al.

                    Plaintiff,

v.                                                Case No.: 1:21−cv−03240
                                               Honorable Sharon Johnson Coleman

James Gardiner, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the joint status report dated 10/7/2022. Since Plaintiffs and non−party City of Chicago Office of Inspector General do not have disputes over documents withheld based on claim of privilege, and Plaintiffs have withdrawn their request for further document production from OIG, the video hearing on 10/14/2022 is cancelled. Telephone status hearing is set for 10/17/2022 at 9:15 a.m. for the parties to confirm that discovery has been completed and to indicate whether they would like to schedule a settlement conference. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.