## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Pete Czosnyka, et al.

                  Plaintiff,

v.

                                        Case No.: 1:21−cv−03240

                                        Honorable Sharon Johnson Coleman

James Gardiner, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

        MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 10/17/2022. While Plaintiff and non−party Office of the Inspector General for the City of Chicago ("OIG") have resolved their disputes over the OIG's document production, the OIG reports that the documents were produced subject to a proposed protective order sent to Plaintiffs' counsel a month ago (with follow−up by OIG last week but no response). Plaintiffs' counsel states that she has not yet reviewed the proposed order but will promptly do so. Non−Party OIG may submit the proposed order for entry by the Court on 10/25/2022 unless Plaintiffs file objections (and redlined−version of the protective order) by 10/24/2022. As between the parties, they report that discovery is complete, though Defendant intends to soon provide late responses to discovery requests issued in mid summer. Plaintiffs state that they opted not to compel the discovery and will instead ask the district judge to exclude any late−produced discovery. Defendant does not object to exclusion of late−produced discovery. The parties are not in agreement to participate in a settlement conference and instead intend to file dispositive motions. Subject to the district judge setting a different schedule, the Court adopts the parties' proposed briefing schedule as follows: Plaintiffs' dispositive motions are due by 12/1/2022, Defendant's response and cross−dispositive motion is due by 1/6/2023, Plaintiffs' reply and response to cross−dispositive motion is due by 2/3/2023, Defendant's final reply is due by 2/24/2023. The referral is closed. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.