**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PETE CZOSNYKA, *et al.*,

    Plaintiffs,

       v.

JAMES GARDINER,

    Defendant.

21-cv-3240

Hon. Sharon Johnson Coleman

**PLAINTIFFS' UNOPPOSED MOTION FOR
ENTRY OF A PROTECTIVE ORDER**

Plaintiffs, through counsel, respectfully move this Honorable Court for entry of the attached protective order. In support, Plaintiffs state as follows:

1.  As discussed in open court, subpoena respondent City of Chicago Office of the Inspector General ("OIG") produced documents in response to Plaintiffs' subpoena.

2.  OIG seeks entry of a protective order to govern use and disclosure of investigatory documents produced pursuant to the subpoena.

3.  Counsel for OIG, Plaintiffs, and Defendant have all reviewed the attached proposed protective order and approved its form and contents. This motion is unopposed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter the attached agreed proposed protective order.

2

Respectfully submitted,


/s/ Adele D. Nicholas
*Counsel for Plaintiffs*


Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net