IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Pete Czosnyka, et al., <br>                 Plaintiffs, <br>     v. <br> James Gardiner, <br>                 Defendant. | Case No. 1:21−cv−03240 <br><br> Hon. Sharon Johnson Coleman |

## MOTION TO WITHDRAW

Christie Starzec, counsel for the City of Chicago, hereby moves this Court to withdraw her appearance that was mistakenly filed on behalf of the City of Chicago Office of Inspector General. *See* Docket No. 73 (October 26, 2022). In support thereof, she states as follows:

1. The City of Chicago was dismissed as a Defendant from this matter last year, but counsel for the City of Chicago, Jordan Rosen, has still been receiving ECF notices for this case.

2. Jordan Rosen's last day as an employee for the City of Chicago was October 26, 2022, and he asked undersigned counsel to file her appearance for the City on October 26, 2022 so that he could move to withdraw.

3. As the City was terminated as a party and unavailable to select as a party, undersigned counsel mistakenly filed her appearance on behalf of the City of Chicago Office of Inspector General.

4. Undersigned counsel was able to speak with someone in the main clerk's office and was added to the docket so as to receive emailed ECF notices, on behalf of the City of Chicago.

5. Counsel hereby moves to withdraw her appearance on behalf of the City of Chicago Office of Inspector General, filed in Docket No. 73, as it was mistakenly filed. The City of Chicago Office of Inspector General has separate counsel and is already represented.

|  |  |
|---|---|
| Date: October 27, 2022 | Respectfully submitted, |
|  | /s/ Christie L. Starzec<br>Counsel for City of Chicago |

Christie Starzec
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
2North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-7864
Christie.Starzec@cityofchicago.org