## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Pete Czosnyka, et al.

       Plaintiff,

v.               Case No.: 1:21−cv−03240
                Honorable Sharon Johnson Coleman

James Gardiner, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 28, 2022:

   MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Christie Starzec's motion to withdraw [74] is granted. Attorney Christie Starzec terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.