UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES GARDINER, <br><br> Defendant. | 21-cv-3240 <br><br> Hon. Sharon Johnson Coleman |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, through counsel, respectfully request that this Court grant them leave to file an excess memorandum and statement of material facts in support of their motion for summary judgment. In support, Plaintiffs state as follows:

1. Plaintiffs, six residents of the 45th Ward of Chicago, challenge the constitutionality of the manner in which Defendant Alderman James Gardiner has regulated speech on his official Facebook Page. The parties' cross motions for summary judgment are due on January 6, 2023.

2. Pursuant to the local rules, memoranda of law in support of or opposition to motions are limited to 15 pages without leave of court to file additional pages. N.D. Ill., L.R. 7.1. Pursuant to the Court's standing order on summary judgment motions, the movant is limited to a maximum of 80 statements of undisputed material facts without prior leave of the Court.

3. Plaintiffs respectfully request that the page limitation for their memorandum be expanded to 36 pages and that they be granted permission to file up to 90 statements of fact.

4. Plaintiffs request this additional space to provide an adequate description of the pertinent facts, including Alderman Gardiner's content-moderation practices, how Alderman Gardiner restricted each of the six Plaintiff's speech on Facebook, and how those restrictions affected each Plaintiff's expression. In addition, Plaintiffs request additional pages in order to have enough space to set forth the law relevant to their First Amendment theories. Plaintiffs believe that additional pages are necessary to provide the Court sufficient information to decide their summary judgment motion.

5. Counsel for Plaintiffs discussed their intention to file this motion with counsel for Defendant. Counsel stated that the motion is unopposed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant them leave to file an excess memorandum and statement of material facts in support of their motion for summary judgment.

                                            Respectfully submitted,

                                            /s/ Adele D. Nicholas
                                            /s/ Mark G. Weinberg
                                            *Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net