IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, *et al.*, | |
| Plaintiffs, | 21-cv-3240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, | |
| Defendant. | |

## NOTICE OF MOTION

To: Thomas D. Carroll
Thomas R. Raines Attorney at Law
20 N. Wacker Dr., Suite 556
Chicago, IL 60606
tcarroll@traalaw.com

PLEASE TAKE NOTICE that on December 16, 2022, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Honorable Judge Sharon Johnson Coleman in courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and present **Plaintiffs' Unopposed Motion for Leave to File Excess Pages** (ECF 78)**.**

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com