## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Pete Czosnyka, et al.

                      Plaintiff,

v.                                         Case No.: 1:21−cv−03240
                                                     Honorable Sharon Johnson Coleman

James Gardiner, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 16, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 12/16/2022. Plaintiff's unopposed motion for leave to file excess of pages in support of their motion for summary judgment [78] is granted. The Court reminded the parties that the motions for summary judgment are to be filed by 1/6/2023. Responses to the motions for summary judgment to be filed by 2/3/2023; replies by 2/24/2023. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.