UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETE CZOSNYKA, et al.,

   Plaintiffs,

      v.

JAMES GARDINER, et al.,

   Defendants.

21-cv-3240

Hon. Sharon Johnson Coleman

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Deposition of James Gardiner ................................................................... Exhibit 1

Deposition of Tanya King .......................................................................... Exhibit 2

Declaration of Adam Vavrick .................................................................... Exhibit 3

Declaration of Pete Czosnyka .................................................................... Exhibit 4

Declaration of Dominick Maino ................................................................ Exhibit 5

Declaration of James Suh ........................................................................... Exhibit 6

Declaration of Peter Barash ....................................................................... Exhibit 7

Declaration of Steve Held .......................................................................... Exhibit 8

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com