**Declaration of Adam Vavrick**

1. My name is Adam Vavrick. I am a homeowner in the 45th Ward and am interested in local politics and economic development in the Ward.

2. After Alderman Gardiner was elected, I frequently engaged with Alderman Gardiner's Facebook Page by asking questions of the Alderman, debating with other constituents, and expressing disagreement with some of the Alderman's policies actions or positions. In so doing, I did not use profanity, make threats against any person or elected official, engage in libel or defamation, or promote any commercial goods or services.

3. Alderman Gardiner repeatedly deleted or hid my comments that were critical of him or his performance. I estimate that Gardiner hid or deleted my comments more than ten times. The following are three examples of the comments that Alderman Gardiner deleted or hid.

   A. On January 27, 2021, Alderman Gardiner made a public Facebook post regarding Holocaust Remembrance Day. The post received approximately 180 reactions from members of the community who follow Alderman Gardiner's Page. The same day, the Chicago City Council held a vote on an updated version of its "Welcoming City" Ordinance, which prohibits Chicago police officers from cooperating with Immigrations and Customs Enforcement. The Ordinance passed by a vote of 41-8. Alderman Gardiner was one of the eight "no" votes.

As a descendant of Jews and as someone with family murdered in the Holocaust, I was very disappointed with Alderman Gardiner's vote on this Ordinance. I posted a comment on Gardiner's Holocaust Remembrance Day post, criticizing Alderman Gardiner's vote on the Welcoming City Ordinance, writing as follows:

> This morning at the City Council meeting, you voted "No" on expanded immigrant protections. When I heard your vote registered, I … started thinking about the kids in cages, right here in the U.S., and how those kids are a painful reminder of the USA's racist, xenophobic & tireless war on immigrants, and it's impossible not to remember on this solemn day, the lesson of the MS St. Louis that sailed from Germany in 1939 with 700ish Jews on board seeking asylum. They were denied entry by the USA, Cuba & Canada, eventually forced to head back to Europe. Historians estimate around 250 were murdered in the death camps that, wouldn't ya know it, started as a way of simply housing separated families. Based on your vote today, I believe you would have voted to keep the MS St. Louis from landing at our shores. The lessons and parallels should be plainly obvious to anyone who isn't smooth-brained, and yet even today, proud Irish immigrant whose family surely heard the cries of NO IRISH or worse, chose to vote No to protect those who need protecting.
>
> You profess to be at least mildly Catholic, right? "He executes justice for the fatherless and the widow, and loves [t]he sojourner, giving him food and clothing. Love the sojourner, therefore, for you were sojourners in the land of Egypt." (Deuteronomy 10:18) Yet, you still vote "No."

A screenshot of this post is attached as Exhibit 1 to this declaration. Alderman Gardiner deleted the comment. Gardiner's Holocaust Remembrance Day post is still visible to anyone who visits his Facebook Page, as are 48 other comments on the post, but my comment and responses that appeared below it are not. The post is visible at the following URL and my comment is not there:

    https://www.facebook.com/AldermanGardiner/posts/pfbid0H3kLRYVubYjwNC5WWCVSQQ1F8K2EjLRoTZzZmwavREPrHxsP16QA17tMTp3q154Al

B. On November 30, 2020, I responded to another constituent who was commenting in a thread on Gardiner's Page about Gardiner's hiding or deleting posts and comments. I advised the other constituent to make a complaint to the Office of the Inspector General if Gardiner hid or deleted their comments and provided a link to the OIG's website. Gardiner deleted the comment and link to the inspector general's page.

C. In fall 2020, I posted in the "Community" section of Alderman Gardiner's Page asking for the Alderman's position regarding a brewery and property manager that were seeking to purchase property owned by the City in the 45th Ward to open a taproom and develop residential housing units. I mentioned a lawsuit that had been filed against the City regarding the sale of the property and asked what steps Gardiner was taking to support the project. A screenshot of this post is attached as Exhibit 2 to this declaration.. Gardiner deleted the comment.

4. I know that Alderman Gardiner was unhappy with my criticism of him on the Page because he took the time to read my comments and personally respond to them. For example, when I posted a comment under one of his posts pointing out that Alderman Gardiner had decided to do away with projects that the community had voted to support through the City's "participatory budgeting" program, he

personally responded to me, sarcastically calling me "an asset to our community." A screenshot of this interaction is attached as Exhibit 3 (P.70).

5. On May 26, 2021, I posted two comments on Alderman Gardiner's Page. One was in response to Alderman Gardiner's post about a public meeting about a proposed development in the Ward. I commented to provide the Zoom meeting code and log-in credentials for the meeting. The other post was a link to a media article about Alderman Gardiner from the local news organization Block Club. Screenshots of these posts are attached as Exhibit 4 to my declaration.

6. Alderman Gardiner banned me from his Page on May 26, 2021. As a result, I was unable comment on Alderman Gardiner's posts, engage in discussion with other constituents, offer feedback on Alderman Gardiner's performance of his public duties, or ask questions of the Alderman. For example, I was unable to submit constituent service requests, post questions about how Alderman Gardiner was planning to vote on matters before City Council, ask questions about how Alderman Gardiner was planning to allocate "menu money" that is distributed to each ward, or refute misleading information posed by the Alderman.

7. On June 21, 2021, a few days after I filed this lawsuit, Gardiner unblocked me from his Page.

8. In addition to maintaining a personal Facebook account, I have experience with managing Facebook Pages. For example, in my capacity as Minister and Co-Congregation Head, I have managed the Facebook Page for The Satanic Temple Illinois since May of 2020.

9. Facebook Pages are public-facing profiles used by companies, religious organizations, government officials, and other public figures to interact with the public. By default, Facebook Pages are open to the public. Anyone on or off Facebook can view the posts and comments on Pages. Anyone with a Facebook account can interact with a Page (*e.g.*, comment on posts; link to the Page in their own posts; ask questions; or send a message).

10. The Page administrator's posts appear in a feed on the Page's front page. Visitors to the Page can post comments beneath any posts unless the Page administrator has disabled commenting.

11. Facebook users can also "tag" Facebook Pages on posts they make on their own Facebook accounts. When a Page is "tagged" by a Facebook user, Facebook sends a notification to the Page administrator and the post in which the Page is tagged appears in the "Mentions" tab of the Page, which is visible to visitors to the Page. Until mid-2022, Pages had a "Community" tab where visitors to the Page could leave comments on the Page that were visible to other visitors to the Page in a manner similar to the "Mentions" tab.

12. A Page administrator can control who can interact with his or her Facebook Page by adding individuals to a "blocked" list. When an individual is "blocked" by a Page, the individual cannot interact with the Page at all—he or she cannot comment on the Page administrator's posts on the Page, respond to others' comments on the Page, tag the Page, or send the Page a direct message.

13. A Page administrator also has the option to "hide" or "delete" comments and posts on the Page. When a post or comment is "deleted" it is permanently removed from the Page. When a post or comment is "hidden" it will not be visible to other Facebook users who view the Page unless the user is connected as "friends" with the person who posted the hidden comment. People who are not already connected as "friends" with the user whose comment is hidden will not be able to see the post.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____           12-2-22
Adam Vavrick                                      Date





separated families.

Based on your vote today, i believe you would have voted to keep the MS St. Louis from landing at our shores.

The lessons and parallels should be plainly obvious to anyone who isn't smooth-brained, and yet even today, you, proud Irish immigrant whose family surely heard the cries of NO IRISH or worse, chose to vote No to protect those who need protecting.

You profess to be at least mildly Catholic, right?

"He executes justice for the fatherless and the widow, and loves the sojourner, giving him food and clothing. Love the sojourner, therefore, for you were sojourners in the land of Egypt." (Deuteronomy 10:18)

Yet, you still vote "No."

--

For everyone else that's not Jim reading this: there's really nothing anyone can do to bring back my



protect those who need protecting.

You profess to be at least mildly Catholic, right?

"He executes justice for the fatherless and the widow, and loves the sojourner, giving him food and clothing. Love the sojourner, therefore, for you were sojourners in the land of Egypt." (Deuteronomy 10:18)

Yet, you still vote "No."

--

For everyone else that's not Jim reading this: there's really nothing anyone can do to bring back my relatives who were gassed or shot dead in the ditches they had to dig in the frozen ground, but what you CAN do is work with me to make sure that it never happens again to anyone else, and that work starts with who you vote for....all the way down at the local level.



**Adam Vavrick ▶ Alderman Jim Gardiner**
2m

Exhibit 2

Do you have any plans to publicly support the Ambrosia/Lake Effect project with a statement of any kind now that Hubert and Copernicus have filed a temporary restraining order to stall the sale?

For one, it'd be nice since there are several emails showing you supported the project in the past, which are attached to this post as images. Two, this lawsuit is now wasting our tax dollars.

---

August 1, 2019

Marisa Novara, Commissioner
Department of Housing
City Hall
121 N. LaSalle Street, Room 1006
Chicago, IL 60602

Dear Commissioner Novara:

    Please be advised, I am in full support of the project by Ambrosia Homes at 4835 N. Lipps Avenue.

    Don't hesitate to contact me with any questions or concerns.

Sincerely,

James Gardiner
Alderman – 45th Ward

JMG:rh

---



July 20, 2020

Honorable Tom Tunney, Chairman
Committee on Zoning
City Hall, Room 304
121 N. LaSalle Street
Chicago, IL 60602

Re:  4837-4841 N. Lipps Avenue
      Zoning change – B3-2 to C1-3
      Application #20427-T1

Dear Chairman Tunney:

    I am not opposed to a zoning change from a B3-2 to C1-3 for 4837-4841 N. Lipps. The applicant started this process years before my administration began. He did receive community support for a proposed redevelopment of a former Chicago Fire Department firehouse to a mixed-use development with 9 apartments and a restaurant/brewpub.

    Thank you for your consideration.

Very truly yours,

James M. Gardiner
Alderman – 45th Ward

JMG:rh




👍 Like    💬 Comment    ↗ Share

Exhibit 3



**Adam Vavrick**

After what the alderman did with the participatory budget votes, what makes you think he'll help you out here?

1 hr   Like   Reply   More



**Alderman Jim Gardiner**

**Adam Vavrick** you are an asset to our community. Thank you!

9 mins   Like   Reply   More

P. 70

**Replies** — Exhibit 4



**John Petergal**



> When someone shows you who they are believe them; the first time
> — Maya Angelou
> www.StatusMind.com

1h  Like  Reply



✏️ Author
**Alderman Jim Gardiner**
John Petergal Amen

1h  Like  Reply



**Adam Vavrick**
John Petergal Indeed.

https://blockclubchicago.org/2018/12/20/candidate-in-45th-ward-had-restraining-order-issued-against-him-last-year-by-ex-girlfriend/



BLOCKCLUBCHICAGO.ORG
Candidate In 45th Ward Had Order Of Pr...

 Write a reply...   



P. 71