## Declaration of Pete Czosnyka

1. My name is Pete Czosnyka. I have been a resident of the 45th Ward for more than 45 years.

2. During Alderman Gardiner's campaign for 45th Ward Alderman in 2019, I was critical of Gardiner's platform and policy positions. In particular, I have been an advocate for affordable housing in the 45th Ward as a volunteer with the group Neighbors for Affordable Housing, and Gardiner opposed several developments in the community that Neighbors for Affordable Housing supported. I made several public Facebook posts that criticized Gardiner's stance on affordable housing.

3. When Gardiner was elected as 45th Ward Alderman and created the Alderman Gardiner Facebook Page on May 7, 2019, Gardiner immediately banned me from interacting with the Page.

4. I wrote a letter to Gardiner's office on May 21, 2019, requesting that I be given the ability to interact with the Alderman Gardiner Facebook Page. A true and correct copy of this letter is attached as Exhibit 1 to this declaration.

5. In mid-June 2019, Alderman Gardiner unblocked me. I was again able to interact with members of the community and comment on Alderman Gardiner's posts.

6. Several members of the community who disagreed with my takes on local politics posted comments threatening me, calling me names, and implying I was a criminal, including photoshopped pictures of my face behind bars. *See* Exhibit 2 to my declaration for screenshots of several examples. I have never been convicted of a

crime or had an order of protection entered against me, so it is false to call me a "criminal." I responded to some of these comments. In so doing, I did not use profanity, make threats against any person, engage in libel or defamation, or promote any commercial goods or services.

7. On June 24, 2019, the Page posted "harassment and personal attacks will not be tolerated" with an image of a smiley face that said "be nice." The post is available at this URL:

https://www.facebook.com/AldermanGardiner/posts/pfbid02NUvruPxpdqReDR6m6HEFJiyZGAs8RQoF6Wxbe3U7ijMbZornfzbaTiNUt5Ui9gk7l. I responded to the post, asking "Alderman Gardiner, What do you consider "harassment and personal attacks?" I also posted a few examples of other poster's comments about me on Alderman Gardiner's Page, such as posts calling me "a known criminal," "delusional," and "deranged" and asked whether he considered the comments to be "harassment and personal attacks." Alderman Gardiner never responded to my request for an explanation of what constitutes "harassment and personal attacks." A screenshot of this comment thread is attached as Exhibit 3.

8. On June 25, 2019, Alderman Gardiner again blocked me from his Page. I was blocked until after this lawsuit was filed. I was banned until June 21, 2021, a few days after I filed this lawsuit. As a result of being blocked from Alderman Gardiner's page, I was prohibited from commenting on Alderman Gardiner's posts, engaging in discussion with other constituents, offering my comments on Alderman Gardiner's performance of his public duties, or asking questions of the Alderman.

9. During the time I was banned from responding to posts on Alderman Gardiner's Facebook Page, Gardiner made several references to me on his Page. For example, on August 19, 2019, Gardiner posted a photo of himself at a dunk tank at a neighborhood festival and wrote: "For those of you who have waited since February 26th (Pete!!!), now is your chance to take aim at the Edison Park Fest… Come out to dunk your Alderman and support the Homes for Heroes Foundation." I was blocked from responding. The post is available at the following URL: https://www.facebook.com/photo/?fbid=340764493474297&set=a.296677284549685. A screenshot of the post is attached as Exhibit 4 to my declaration.

10. On October 16, 2020, Alderman Gardiner posted a video of himself standing in front of my house. I am visible in the background of the video standing on my porch. Gardiner referred to me as "one of [my] biggest fans," ending the post with the hashtag #besties. More than 100 people commented on the post and several other constituents spoke in my defense, but I was unable to respond because I was banned from interacting with Alderman Gardiner's Facebook page. The video is available at the following URL:

https://www.facebook.com/AldermanGardiner/posts/pfbid02CEAgfnZQ26FQgGbgAHGztGxGQCjKbLqchpLvCvqRD1a3QkPMBdDH1vZn9geGVpZAl. A screenshot of the post is attached as Exhibit 5 to my declaration.

11. Being blocked from the Page prevented me from interacting with and commenting on many issues of importance to me. For example, as a member of the Jefferson Park Forward Community Development Committee, I am interested in

municipal infrastructure funding, the workings of the local Special Services Area Commission and the City Budget. As a member of the Northwest Side Coalition Against Racism and Hate, I am interested and involved with civilian oversight of the Chicago Police Department, and concerned about police accountability and racial bias expressed by members of the CPD online. As a citizen, I am concerned with the hiring of unqualified city employees in the 45th Ward, such as the Ward Superintendent. And I am involved with the plight of the homeless in the 45th Ward and had concerns about Alderman Gardiner's mistreatment of the homeless in our community.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____        12-6-22
Pete Czosnyka                    Date

Exhibit 1

May 21, 2019

To: Ald. Jim Gardiner
5425 W Lawrence Av } Hand Delivered 5/21/19
Chicago, IL

Re: Ethics Violation

Alderman,

I continue to be blocked on your old campaign Facebook page as of today, 5/21/19. (Jim Gardiner for 45th Ward Alderman). This is an ethical violation, see NWS Examiner Facebook page post of earlier today for a link to the January 8, 2019 Board of Ethics letter.

*[signature]*
PETE CZOSNYKA
45TH WARD.

P. 186

Exhibit 2









Alderman Jim Gardiner

**Mitch Ludwig** Pete is a known criminal.... right Pete Czosnyka. Have you been arrested? Yes..... stop being a DICK...YOUR FAMILY MUST BE SO PROUD.

Like · Reply · 48m

Like   Reply   4m


**Jimmy Donovan**
Pete Czosnyka You should be careful disrespecting people You don't live in an armor bubble

Like   Reply   2m


Jimmy Donovan More threats from a TeamGardiner member?



Exhibit 3

 **Alderman Jim Gardiner**
June 24, 2019 ·

While we always encourage spirited discussions, please be aware harassment and personal attacks will not be tolerated.



BE NICE

 Dennis Davis, Carma Lynn Park and 173 others      226 Comments  3 Shares

Like            Comment            Share

 🎤 Author
**Alderman Jim Gardiner**
Hello everyone, As stated, harassment and personal attacks will not be tolerated. The individual who has posted more than 200 comments in the last 72 hours is being removed and blocked from this page. I have monitored your posts and read every single comment requesting relief from their harassment including sharing personal information about where people live and work. Thank you for your understanding. - Tanya

Like    Reply    3y              👍❤️ 20

💬 10 Replies


**Steve Held**
"The First Amendment prohibits an official who uses a social media account for government purposes from excluding people from an "otherwise open online dialogue" because they say things the official disagrees with"

https://www.nytimes.com/2019/07/09/u... **See more**


NYTIMES.COM
Trump Can't Block Critics From His Twitter Account, Appeals Court Rules

Like    Reply    3y              👍 2


**Brandon Michael Weninger**
Keep breaking the law!

Like    Reply    3y


**Dan Sheahan**
**Congratulations** brother!

Like    Reply    3y


**Pete Czosnyka**
Can we list the fake profiles commenting here?
"Sarah Silverton"
"Keyser Soze"... **See more**

Like    Reply    3y    Edited


**Barbara Gannon**
I can't see that repulsive persons comments either because I blocked him 3 years ago

Like    Reply    3y              👍 6

**Mike Rendak**
Keep the high road **Jim Gardiner!** I blocked Pete and Arena long ago. Much happier

Like   Reply   3y   👍😆 11

**Pete Czosnyka**
Would this Mitch Ludwig comment be ""harassment and personal attacks "?



Like   Reply   3y   👍

**Sandy Rae**
Good luck

Like   Reply   3y

**Robert Groya**
Truth hurts some people and they don't get over it.

Like   Reply   3y   👍

💬 72 Replies

**Moira Cahill**
Given the fact I cannot see a lot of the responses to this post, I can only assume a particularly verbose and unkind person I blocked some time ago is having a field day. 🤐🤐🤐

Like   Reply   3y   👍😆 17

💬 1 Reply

**John Kelly**
Jim Gardner the person who Harasses has not been banned on your page.

Like   Reply   3y   👍 2

💬 11 Replies

**David Forgue**  👎
LOL. A post asking people to refrain from personal attacks degenerates into . . . personal attacks. Facebook is a cesspool.

And also, yes, those were fireworks.

Like   Reply   3y   👍😆 7

💬 1 Reply


**Pete Czosnyka**
Tone policing now?

Like   Reply   3y   😆


**Pete Czosnyka**
Would this Ken Schabelski comment be ""harassment and personal attacks "?



Like   Reply   3y


**Amado Eddie**
Just wanted to say thanks to the best and most responsive alderman this ward has had in awhile. The grass across my street has been growing for months and was now waist high. I called Alderman Gardiner's office last week and this morning the problem wa… **See more**



Like   Reply   3y                              👍❤ 31

🟦 6 Replies


**Ken Schabelski** 🟦
-
The repetitive toxic rantings of Pete is unwarranted and unnecessary.
I, for one, will not be intimidated by his abuse and bullying.… **See more**

Like   Reply   3y   Edited                    👍 12

🟦 11 Replies


**Pete Czosnyka**
Would this "Sarah Silverton" comment be "harassment and personal attacks "?



Like    Reply    3y


**Pete Czosnyka**
Would this "Sarah Silverton" comment be "harassment and personal attacks "?



Like    Reply    3y

 4 Replies


**Pete Czosnyka**
Would this "Sarah Silverton" comment be "harassment and personal attacks "?



Like    Reply    3y


**Pete Czosnyka**
Would this Tim Gillespie comment be "harassment and personal attacks "?



Like    Reply    3y


**Pete Czosnyka**
Would this Tim Gillespie comment be "harassment and personal attacks "?



Like    Reply    3y




**Pete Czosnyka**
Would this Tim Gillespie comment be "harassment and personal attacks "?

Like Reply 3y

24 Replies

**Pete Czosnyka**
Would this Ken Schabelski comment be "harassment and personal attacks "?

Like Reply 3y

**Pete Czosnyka**
Would this Ken Schabelski comment be "harassment and personal attacks "?

Like Reply 3y

**Pete Czosnyka**
Would this Ken Schabelski comment be "harassment and personal attacks "?

Search Facebook 2 3

**Emily Reisbeck**
Mr. Gardiner, you are our alderman. You are a public servant representing our interests. If we do not feel you are representing our interests, you should know that we will not always be polite in saying so.

8

Like Reply 3y

31 Replies

**Pete Czosnyka**
Would this Mitch Ludwig comment be ""harassment and personal attacks "?



Like    Reply    3y


**Heidi Carrell Bassie**



Like    Reply    3y                                           4


**Pete Czosnyka**
.
Alderman Gardiner,
What do you consider "harassment and personal attacks "?

Like    Reply    3y

Exhibit 4



Exhibit 5

