**Declaration of Dominick Maino**

1.  My name is Dominick Maino. I have a longstanding interest in local politics and business development in the 45th Ward. At the time of Gardiner's election as 45th Ward Alderman, I was serving as a board member of the Six Corners Association, a non-profit economic development association located within the Ward.

2.  After Alderman Gardiner created the Alderman Gardiner Facebook Page, I posted several comments questioning some of Gardiner's policy positions. In particular,  I expressed frustration about actions Alderman Gardiner took to delay projects that had been approved under the previous alderman such as the construction of The Point, a senior living complex, and Cuyler Plaza, a pedestrian plaza, both of which were planned to be built in the Six Corners area (near the intersection of Irving Park Road, Cicero Avenue and Milwaukee Avenue). I also posted about the large amount of signs branded with Gardiner's campaign logo littering the public ways throughout the Ward.

3.  In my posts on Alderman Gardiner's Facebook Page, I did not use profanity, make threats against any person or elected official, engage in libel or defamation, or promote any commercial goods or services

4.  Without warning, Alderman Gardiner blocked me from his Page in June or July 2019. Attached as Exhibit 1 is a screenshot I took in October 2020 and provided to the Office of Inspector General that shows I was blocked from commenting on Alderman Gardiner's Page. I remained blocked from engaging with

Alderman Gardiner's Facebook Page until June 21, 2021, a few days after I filed this lawsuit. As a result of being blocked, I could not comment on Alderman Gardiner's posts, engage in discussion with other constituents, offer my comments on Alderman Gardiner's performance of his public duties, or ask questions of the Alderman. After realizing I was blocked, I compared other pages by alderpersons and noted that I could put comments on their pages. I could not comment on the many news media stories about how Jim Gardiner's behavior affected his duties as alderman or about his being stripped of all committee assignments which crippled his ability to act as my alderman. I could not in any way hold him accountable for his behaviors and actions within this public venue. I could not discuss with others what they thought about an alderman that could not perform his duties.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

Dominick Maino

Date        12-6-22

# Exhibit 1

Filed Under Seal