**Declaration of James Suh**

1. I am a resident of the 45th Ward and the owner of a business near Six Corners (the intersection of Irving Park Road, Cicero Avenue and Milwaukee Avenue). As a resident and business owner in the community, I am interested in local politics and economic development issues that impact the Ward.

2. After Alderman Gardiner's election, I was unhappy that Alderman Gardiner delayed some projects that had been approved under the previous alderman, such as the planned construction of The Point, a senior living complex that was going to replace a unsightly vacant lot at Six Corners.

3. I organized a rally to protest Alderman Gardiner's delay of The Point and co-founded a grassroots neighborhood organization called Six Corners Organizing for Progress and Engagement ("SCOPE") to connect neighbors who were interested in advocating for economic development in the community.

4. During the beginning of his term as alderman, I engaged with Alderman Gardiner's Facebook Page a few times a month to share my viewpoints on Alderman Gardiner's performance of his public duties, to ask questions, and to talk to other members of the community about City politics and other matters of local interest. In so doing, I did not use profanity, make threats against any person or elected official, engage in libel or defamation, or promote any commercial goods or services.

5. On at least three occasions, Alderman Gardiner deleted or hid comments that I posted.

6. For example, on November 25, 2020, Alderman Gardiner posted on his Page that he had decided to vote against Mayor Lightfoot's proposed 2021 budget and told constituents that he would explain his logic for doing so in a future newsletter. I questioned why Alderman Gardiner didn't share his rationale for voting no on the budget on Facebook and questioned whether Alderman Gardiner had any "common sense." A screenshot of this post is attached as Exhibit 1 to my declaration. Gardiner hid the comment. The thread where I made the comment is still visible on Alderman Gardiner's Page at the following URL:

https://www.facebook.com/AldermanGardiner/posts/pfbid029EyuJ7Xsbmv9ErkZuZAueon5EToHAHK4jqi9kTBaJBnkUfqVPScFtSMmVnH8SWGPl. A visitor to the Page can see that my comment is not visible on the post while many other comments remain visible.

7. On another occasion, I commented on Alderman Gardiner's Page asking why City funds were being spent on large bonuses for politically connected people who worked in his office. Gardiner deleted the comment before I was able to take a screenshot.

8. On June 6 and 7, 2021, Alderman Gardiner was in the news because one of his supporters deliberately drove her car over Pete Czosnyka's pollinator garden in retaliation for his criticism of Alderman Gardiner. *See, e.g.*, https://chicago.cbslocal.com/2021/06/07/northwest-side-yard-suv-vandalism-alderman-james-gardiner-critic/. On June 7, 2021, I made the following post to

Alderman Gardiner's Page with a link to the video of the vandalism of Plaintiff Czosnyka's property:

> If you're prioritizing listening to constituent concerns then it seems obvious for you to address one of your constituents being criminally targeted and harassed by one of your supporters. This troubling occasion calls for actual leadership, condemnation of this act and an appeal to universal common decency, whatever anyone's differences are. Ignoring it and pretending it didn't happen with yet another performative, pandering post is a direct acknowledgement that you don't possess even the most basic of human values. https://fb.watch/5Z-Wnl22xr/

10. Alderman Gardiner deleted the comment and blocked me from his Page on June 7, 2021. I remained blocked from engaging with Alderman Gardiner's Facebook Page until June 21, 2021, a few days after I filed this lawsuit. As a result of being blocked, I was unable to comment on Alderman Gardiner's posts, engage in discussion with other constituents, give feedback on Alderman Gardiner's performance of his public duties, or ask questions of the Alderman. This impeded my ability to petition my elected representative about matters of concern to me, including proposed developments in the Ward and the expenditure of taxpayer funds (e.g. "TIF" funds or menu money). Likewise, I was impeded from obtaining information or and asking follow-up questions about upcoming Ward events and City Council votes.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____      12-6-22
James Suh                             Date



Exhibit 1

**James Suh**
Let's do a quick recap of the day here:

1) Jimmy posts he votes no to the budget, says you have to sign up for newsletter to find out why
2) People with any shred of common sense point out how moronic it is to not just post his rationale on FB
3) Bootlickers thank Jimmy profusely, go on attack claiming nothing is wrong
4) Jimmy ends up posting explanation on FB, heavily plagiarized from other Alderman, makes all the bootlickers look like idiots for defending his earlier position
5) Bootlickers thank Jimmy profusely and ask for more, go on the attack.

All of this is totally sane and competent. Round of applause for a great day's work 👏👏👏

7

Like · Reply · 1w

Most Relevant is selected, so some replies may have been filtered out.

**Jeni Walleck**
Recap... someone's not happy, someone calls people names, someone's still angry and trolls.
There are plenty of avenues to find out your answers if you're truly that concernd. You just have to do your own research or you can act like a civilized huma... **See More**

5

Like · Reply · 1w

**James Suh**
**Jeni Walleck** oh look, it's the hypocritical staunch JG apologist who never has anything of substance to say. Don't worry, when I was talking about bootlickers I didn't mean you 🙄👍

1

Like · Reply · 1w

**Steve Held**
**Alderman Jim Gardiner** why did you hide James' comment? You seem especially cowardly today, wonder why.

James Suh
**Jeni Walleck** oh look, it's the hypocritical staunch JG apologist who never has anything of substance to say. Don't worry, when I was talking about bootlickers I didn't mean you 🙄👍

1h Like Reply 1

