## Declaration of Peter Barash

1. I am a resident of the 45th Ward and a co-founder of the grassroots neighborhood group Six Corners Organizing for Progress and Engagement ("SCOPE"). I have a strong interest in economic and community development in the Ward.

2. When Alderman Gardiner was elected, I was dissatisfied with his decision to delay projects that were approved under the previous alderman, including the construction of The Point, a senior housing complex that was slated to be built on an unsightly vacant lot at the intersection of Irving Park Road and Milwaukee Avenue that had been in disrepair and presented a hazard for years. This is a prominent intersection at the heart of the commercial district in the neighborhood. I participated in a protest meant to draw attention to the vacant lot and Alderman Gardiner's role in stalling the development without explanation.

3. Because Alderman Gardiner was unwilling to meet with me and frequently did not hold Ward Nights to meet with constituents, I frequently engaged with his Facebook Page to ask questions, debate with other constituents, and express my views on the Alderman's policy positions and official actions. When I engaged with the Page, I did not use profanity, make threats against any person or elected official, engage in libel or defamation, or promote any commercial goods or services.

4. Alderman Gardiner repeatedly deleted or hid my comments when they were critical of the Alderman or his performance. I estimate that Gardiner hid or deleted

my comments more than 10 times. The following are three examples of the comments that Alderman Gardiner has deleted or hidden.

A. On June 10, 2020, several constituents commented on Alderman Gardiner's Facebook Page asking him about his position on the Civilian Police Accountability Council (CPAC), a proposed civilian oversight board for claims of police misconduct. In the comments, I responded to another commenter who was opposed to CPAC because he believed it would lead to an increase in violent crime in the City, writing as follows:

[Y]ou're conflating two issues – one is police accountability and another is gun violence. They're not connected. COPA has proven not effective enough. George Floyd is not an isolated incident. It's part of a national pattern supported by dat[a] and my city is a big part of that. Policing cannot be "the ends justify the means" and for most officers it is not. I do not believe good officers will leave because of CPAC. I believe officers who don't care that John Burge wasn't stripped of his pension will leave and we'll be better for it. Officers will still be well paid, pensions will be intact and worthy officers will still be promoted. What you will have hopefully is less politics and more accountability. What exactly is it you think CPAC will do other than drive a few folks who be[long] in the suburbs out to the suburbs finally?

Alderman Gardiner hid my comment, making it invisible to anyone who viewed his page who wasn't already connected as friends with me. The full post remains at the following URL: https://www.facebook.com/AldermanGardiner/posts/550015125882565?%20comment_id=550019122548832. A visitor to the post can observe that my comment is not visible. A screenshot of the comment is attached as Exhibit 1 to my declaration. Exhibit 1(a) shows what the comment looks like to someone who is not connected to me as a friend on Facebook.

2

B. On April 29, 2020, Alderman Gardiner posted on his Facebook Page about his plans for distributing masks to residents after receiving a donation of masks from Willie Wilson. I questioned whether it was logical for the Alderman to demand that people show identification proving that they reside in the 45th Ward in order to receive a mask. I responded to another constituent, writing as follows:

This isn't an attack and I don't mean to sound political. Wilson's donation is wonderful. The 20k donation per Ward will outpace demand in most wards. I love your idea of going to senior centers for donations. I'd add to share some to grocery stores as well. I just believe this moment transcends politics and getting caught up in artificial boundaries undermines Wilson's intentions – get masks to people. Asking for IDs will also slow down distribution and create a more dangerous point of contact for everyone. All this for one person?

A screenshot of the post is attached as Exhibit 2 to my declaration. Alderman Gardiner hid the post. A screenshot showing that my post was hidden is attached as Exhibit 2(a) to my declaration. The original thread appears at the following URL:

https://www.facebook.com/AldermanGardiner/posts/pfbid02esBc6DVsxnCaDqDnr6y24QyLvTws5BSdGWVZwyEGJEbDBk4YeRBjnoPuyLfG1dHxl. A visitor to the Page can see that my comment was hidden from the thread and is not visible to anyone who visits Alderman Gardiner's Facebook Page unless they are connected to me as a friend on Facebook.

C. On March 8, 2021, I posted on Alderman Gardiner's Facebook Page asking him to restart Ward Nights in person or virtually. Ward Nights are open office hours during which constituents can sign up to meet with their City

3

> Council representatives which are held in many wards throughout the City. In my comment, I noted that other members of City Council were holding virtual Ward Nights by Zoom. Alderman Gardiner deleted the comment. I reposted it and asked Alderman Gardiner to stop deleting constituents' posts. A screenshot of the re-posted comment is attached as Exhibit 3 to my declaration.
>
> D. Alderman Gardiner has personally responded to my comments on the Page. For example, after I posted a comment on March 24, 2020, questioning the adequacy of the Alderman's response to flooding in an alley, Alderman Gardiner responded to me directly, writing as follows: "Peter Barash 10 families? Now, I know you are not a Math teacher at Bell Elementary Peter, but there is far more than 10 families living on that block. If you were truly concerned, you would go and walk the alley yourself, and speak to the people who are affected. And if it is on private property as you say it is, why do city crews use that alley to collect their garbage? So please Peter, take your own advice and own YOUR mistakes." A screenshot of Alderman Gardiner's comment is attached as Exhibit 4 to my declaration. I perceived Alderman Gardiner's decision to publicly identify my place of employment as an effort to intimidate me and goad his supporters into trying to interfere with my employment.

5. Having my comments deleted or hidden from Alderman Gardiner's Page impeded my ability to petition my elected representative and express my viewpoints

4

to others in the community about important issues such as how Alderman Gardiner was performing his duties as an elected official, economic development in the ward, and upcoming City Council votes.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____      1-5-23
Peter Barash                             Date

Exhibit 1

12. Peter Barash comment to Vince Gerage about CPAC
    a. Post: https://www.facebook.com/AldermanGardiner/posts/550015125882565
    b. Hid Peter Barash's comment: https://www.facebook.com/AldermanGardiner/posts/550015125882565?comment_id=550019122548832&reply_comment_id=550460762504668
    c. Screenshot of comment



Exhibit 1(a)



d.

Exhibit 2

Filed Under Seal

OIG-21-CV-3240-000162
Confidential, Subject to Protective Order 21-CV-3240(N.D. Ill)

Exhibit 2(a)

Filed Under Seal

OIG-21-CV-3240-000161
Confidential, Subject to Protective Order 21-CV-3240(N.D. Ill)

Exhibit 3





Exhibit 4

**Alderman Jim Gardiner**
Peter Barash 10 families? Now, I know you are not a Math teacher at Bell Elementary Peter, but there is far more than 10 families living on that block. If you were truly concerned, you would go and walk the alley yourself, and speak to the people who are affected. And if it is on private property as you say it is, why do city crews use that alley to collect their garbage? So please Peter, take your own advice and own YOUR mistakes.

50m · Like · Reply

**Steve Held**
**Alderman Jim Gardiner** can we address you having time to talk to media about this a year ago but then missing the deadline to order the work over a month later? I don't see you owning anything here. Do

P. 214

