### Declaration of Steve Held

1.      I am a resident of the 45th Ward. I have lived in the community for 15 years and have a longstanding interest in local politics and economic development in the Ward. I am a co-founder of the grassroots neighborhood organization Six Corners Organizing for Progress and Engagement ("SCOPE"), and from 2018 through early 2021 served on the board of the not-for-profit advocacy organization Indivisible Chicago.

2.      I frequently engaged with Alderman Gardiner's Facebook Page by asking questions of the Alderman, debating with other constituents, and expressing disagreement with the Alderman's policy positions and performance of his public duties. In so doing, I did not use profanity, make threats against any person or elected official, engage in libel or defamation, or promote any commercial goods or services.

3.      Alderman Gardiner repeatedly deleted or hid my comments when they were critical of him or his performance of his job. Gardiner has hidden or deleted my comments numerous times in the past two years. The following are six examples of the comments that Alderman Gardiner deleted or hid:

A.  On January 6, 2021, I posted a comment to the Community section of Alderman Gardiner's Facebook Page. In the comment, I posted a photo of Alderman Gardiner appearing at a public "Support the Police" rally at which many attendees were waving flags supporting Donald Trump's reelection. I wrote as follows: "Alderman Jim Gardiner several other Aldermen have spoken out about today's events in DC, while you have remained silent. Do you denounce Trump, his coup attempt, and today's violence in DC?" Several other constituents commented on the post, asking Alderman Gardiner for his statement. A screenshot of this post is attached to my declaration as Exhibit 1. Alderman Gardiner deleted my post. Exhibit 1 shows a post from another

member of the community noting that that the comment was removed from the Page along with other comments on my post.

B. On October 16, 2020, Alderman Gardiner posted a video of himself standing in front of Pete Czosnyka's house with Pete visible in the background of the video standing on his porch. Gardiner and referred to Pete as "one of [my] biggest fans," ending the post with the hashtag #besties. The post is available at the following URL: https://www.facebook.com/AldermanGardiner/posts/pfbid02CEAgfnZQ26FQg GbgAHGztGxGQCjKbLqchpLvCvqRD1a3QkPMBdDH1vZn9geGVpZAl. I knew that Alderman Gardiner had blocked Pete Czosnyka from the Page at that time and was taunting Pete by making this video and making specific reference to Pete and the block where he lives. I commented in Pete's defense, criticizing Alderman Gardiner for harassing Pete. I wrote as follows: "Way to confirm that you are exactly as small as I thought you were. Keep up the stalking, bullying, and harassment of constituents, you're definitely winning hearts and minds in the ward." A screenshot of the post with my comment is attached as Exhibit 2 to my declaration. Alderman Gardiner hid the comment. Exhibit 2(a) shows that my comment was invisible when the comment thread was viewed as someone who was not connected to me as a friend on Facebook.

C. On September 1, 2020, I was participating in a comment thread along with other members of the community under a post made by Alderman Gardiner in which he stated that he would stand against "bullying" and "disrespectful and abusive behavior." The post appears at the following URL: https://www.facebook.com/AldermanGardiner/posts/607713150112762. In the comments, a user named Shelia Hall Moreno made the comment "a simple FOIA request will show you the Aldermans history as a stalker." In response, I commented with a copy of a Stalking/No-Contact Order that had been entered against Alderman Gardiner. The name and other identifying information of the complainant was redacted from the Order. Exhibit 3 to my deposition is a screenshot of this comment. Alderman Gardiner deleted the comment. Exhibit 3(a) shows that the comment no longer appears on the Page.

D. On September 9, 2020, I posted in the Community section of Alderman Gardiner's page, asking for an explanation of his vote to reject a proposed settlement between the City and a former Chicago police officer who alleged she was retaliated against for reporting a fellow officers' threatening behavior towards her. Held wrote as follows: "could you please explain to your constituents why you were the solitary no vote in this 49-1 vote to approve this harassment settlement? Did you feel the city should have continued litigation and almost certainly pay more? Or do you not believe we

should protect women from workplace harassment and retaliation? Or some other explanation? What did you see that no other Alderman on the Council saw?" A screenshot of this post is attached to my declaration as Exhibit 4. Alderman Gardiner deleted the comment without responding.

E.  On November 25, 2020, Alderman Gardiner posted a statement concerning his vote against Mayor Lightfoot's proposed 2021 budget. He attributed his opposition to the budget in part to "city owned properties being sold for less than their appraised values." In response, I asked Alderman Gardiner to comment on a recent civil lawsuit filed against him in which he was accused of "harassing a constituent and having him falsely arrested … costing us even more money on lawyers and potential legal settlements/judgments." Held asked, "Do you think your antics will cost the city more or less than your concerns around city property sales?" and posted a link to a *Chicago Sun-Times* story about the lawsuit. *See* https://chicago.suntimes.com/news/2020/11/24/21635370/cellphone-ald-james-gardiner-charles-sikanich-benjamin-george-45th-ward-lawsuit. Gardiner hid the comment, making it invisible to anyone who viewed his page who wasn't already connected as friends with me on Facebook. A screenshot of this post when viewed as me attached to my declaration as Exhibit 5 and a screenshot of the same comment thread viewed as someone who is not connected with me as a friend is attached as Exhibit 5(a), showing that my comment is not visible.

F.  On June 16, 2019, Alderman Gardiner posted about attending an event hosted by "The Greater Irving Park Neighborhood Association." The post is available at the following URL: https://www.facebook.com/AldermanGardiner/posts/304795057071241 I commented that he was mistaken about the name of the neighborhood group that hosted the event; it was the "Greater Independence Park Neighborhood Association." A screenshot of my comment is attached as Exhibit 6. Alderman Gardiner hid the comment so it was not visible to anyone who was not connected with me as a friend on Facebook. A screenshot of the comment thread viewed as someone who is not connected with me as a friend is attached as Exhibit 6(a). I later received a screenshot of text messages between Alderman Gardiner and his then staffer Tanya King in which Ms. King tells Alderman Gardiner he should unhide the comment. Exhibit 6(b).

4.      Having my comments deleted or hidden from Alderman Gardiner's Page

impeded my ability to petition my elected representative and express my viewpoints

to others in the community about important issues such as how Alderman Gardiner

was performing his duties and how taxpayer funds were being allocated.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the

foregoing statements are true and correct.

Steve Held

12-2-22

Date



Exhibit 1

18. Steve Held post on Gardiner's page about DC coup and Gardiner MAGA rally
   a. Post: Didn't save a link before he deleted it
   b. Screenshot: another constituent had grabbed and reposted a screenshot of the deleted post





Exhibit 2



Exhibit 2(a)

d.

Exhibit 3



e.  Screenshots as anon. Note Sheila Hall Moreno's original comment and the entire thread beneath it now appears to be deleted or hidden.

Exhibit 3(a)



2h

**Sheila Hall Moreno** Nadine Ann it's funny how telling me I should move for not supporting our alderman and not sharing your views is telling me I don't have a right to take part in our democracy which is my right and freedom as a citizen but when asked to say it plainly you seem to struggle so.

2h · Edited

**Michael Zamora** Sheila Hall Moreno Stalker? Any facts to back up these allegations? If so let's get the alderman involved

2h

**Sheila Hall Moreno** Michael Zamora a simple FOIA request will show you the Aldermans history as a stalker

1h · Edited

**Steve Held** Sheila Hall Moreno funny how none of these people feel the need to pick up and move when they disagree with the previous Alderman, State Rep, State Senator, Congressman, or Governor.

23m

**Tom Schraeder Sr.** Sheila Hall Moreno
WOW!!!!
You got ALL OF THAT from the Alderman helping our community?

19m · Edited

**Sheila Hall Moreno** Tom Schraeder Sr. If hate has no home here then why do they have a home in the racist letters being sent to residents?
And please do tell how the alderman is helping the

P. 23

Exhibit 4



Exhibit 5



d. View as anon, "5425" text not found w/ all comments visible

Exhibit 5(a)





Exhibit 6

7. Steve Held comments, correcting GIPNA name and calling out hidden comments (4)

    a. Post: https://www.facebook.com/AldermanGardiner/posts/304795057071241

    b. Comments (4):

        https://www.facebook.com/AldermanGardiner/posts/304795057071241?comment_id=304816643735749

        https://www.facebook.com/AldermanGardiner/posts/304795057071241?comment_id=304844680399612

        https://www.facebook.com/AldermanGardiner/posts/304795057071241?comment_id=304844680399612&reply_comment_id=304847980399282

        https://www.facebook.com/AldermanGardiner/posts/304795057071241?comment_id=304844680399612&reply_comment_id=304896670394413

    c. Screenshot as me







I believe Tanya unhid after deciding to reply and then Gardiner re-hid, which is how RJ Alejandra briefly saw my comment after I claimed it was hidden. It's clearly hidden today.

     d.   Screenshot as anon, no comments from me

Exhibit 6(a)





# Text messages provided by Tanya King related to blocking or silencing critics

1. Additional evidence that Gardiner personally hid one of my comments related to #7 above.
    a. First David Feller texts Gardiner and Tanya a screenshot of my comment correcting the name of the neighborhood group in their post, along with his own colorful commentary:



b.  Then in a separate SMS chat between Gardiner and Tanya, she points out that he hid my comment and advises that he unhide it, which he apparently did not do.

