UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, et al., | |
| Plaintiffs, | 21-cv-3240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, et al., | |
| Defendants. | |

**UNOPPOSED MOTION TO SEAL PORTIONS OF
PLAINTIFFS' SUMMARY JUDGMENT EXHIBITS**

Plaintiffs, through counsel, respectfully request that this Honorable Court seal designated portions of their summary judgment exhibits pursuant to L.R. 26.2. In support, Plaintiffs state as follows:

1. Plaintiffs filed their motion for summary judgment and supporting statement of facts pursuant to Local Rule 56.1(a)(1) on January 6, 2023. ECF 84 and 85.

2. Portions of the exhibits cited in support of Plaintiffs' motion for summary judgment were produced by the Office of the Inspector General pursuant to a protective order that shields the documents from public disclosure. ECF 77. The documents are parts of the Inspector General's investigatory files.

3. There are three confidential documents that Plaintiffs seek leave to file under seal: (1) pages 54–55 of Exhibit 1 (correspondence from OIG marked as an exhibit to Defendant Gardiner's deposition); (2) page 3 of Exhibit 5 (a screenshot provided to OIG attached as an exhibit to the declaration of Plaintiff Maino); and (3)

pages 8–9 of Exhibit 7 (screenshots provided to OIG attached as an exhibit to the Declaration of Plaintiff Barash).[1]

4. Pursuant to L.R. 26.2, counsel has filed on the public docket versions of the relevant exhibits with the confidential materials redacted (ECF 86) and provisionally filed sealed versions (ECF 87). The unredacted versions of the pertinent exhibits were also emailed to Defendant's counsel.

5. Counsel for Plaintiffs discussed this matter with counsel for Defendant. The motion to seal is unopposed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court seal ECF 87, which contains the unredacted versions of Exhibits 1, 5 and 7 to Plaintiffs motion for summary judgment.

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net

---

[1] Pursuant to the procedure set forth in paragraph 9 of the protective order, counsel for OIG agreed to remove the "confidential" designation from pages 56–63 of Exhibit 1 (a press release and ethics guidance). Those pages have been filed on the public docket.