IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Pete Czosnyka, Peter Barash, Adam Vavrick, Dominick Maino, Steve Held and James Suh, individually and on behalf of all others similarly situated,** ) ) ) ) ) | Case No. 21-cv-03240 |
| **Plaintiffs,** ) ) | |
| ) | Hon. Judge Johnson Coleman |
| **v.** ) ) | |
| **James Gardiner and the City of Chicago,** ) ) | |
| **Defendants.** ) | |

### DEFENDANT JAMES GARDINER'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant James Gardiner, Alderman of the 45th Ward of the City of Chicago ("Gardiner" or "Defendant"), by and through his attorney, Thomas D. Carroll of Thomas R. Raines Attorney at Law, LLC, Responds to Plaintiffs Czosnyka, Barash, Vavrick, Maino, Held, Suh, and any similarly situated plaintiffs (the "Plaintiffs") Motion for Summary Judgment, and states as follows:

### RESPONSE

The Defendant cannot, in good faith, deny that the Plaintiffs were blocked from interacting with his social media page or had certain of their comments deleted, roughly as alleged in their Complaint. When denying Defendant's 12(b)(6) Motion to Dismiss, the Court made it clear that if the Defendant had done what was alleged, by blocking users and deleting posts based on viewpoints expressed, it would constitute a violation of the First Amendment rights. Defendant respectfully incorporates the arguments set forth in his Motion to Dismiss and Reply here, for purposes of preservation, but will not belabor or reiterate those arguments in

detail. We are dealing with a novel, emerging area of First Amendment law, which is precisely why Defendant's qualified immunity argument should prevail, relieving him of any liability for having blocked users or deleted posts, as set forth in his own Motion for Summary Judgment.

WHEREFORE, the Defendant, James Gardiner, asks that this honorable Court grant his Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56, and for any additional relief that the Court deems just.

Respectfully Submitted,
THOMAS R. RAINES ATTORNEY AT LAW, LLC

/s/ Thomas D. Carroll
Thomas D. Carroll
Thomas R. Raines Attorney at Law, LLC
20 N. Wacker Dr., Suite 556
Chicago, IL 60606
T: (312) 750-1166
F: (312) 750-1164
tcarroll@traalaw.com

Dated: February 3, 2023

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Defendant, hereby certifies that on February 3, 2023, he served a copy of the Defendant James Gardiner's Response to Plaintiffs' Motion for Summary Judgment on all counsel of record by electronic means via the Northern District of Illinois's Electronic Case Filing (ECF) system, which notifies all counsels and parties of record.

/s/ Thomas D. Carroll
Thomas D. Carroll