UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, *et al.*, <br><br>    Plaintiffs, <br><br>        v. <br><br> JAMES GARDINER, <br><br>    Defendant. | 21-cv-3240 <br><br> Hon. Sharon Johnson Coleman |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
STATEMENT OF MATERIAL FACTS**

Pursuant to L.R. 56.1(b)(2), Plaintiffs, through counsel, respond to Defendant Ald. James Gardiner's statement of material facts as follows:

1. Gardiner is and at all relevant times has been the Alderman of Chicago's 45th Ward. Dkt. 1, par. 10.

**RESPONSE**: Undisputed.

2. Gardiner administers and oversees the Alderman Gardiner Facebook page (the "Facebook Page") and has final say over whether individuals are blocked from interacting with the page and whether comments are hidden or deleted. Dkt. 1, par. 10.

**RESPONSE:** Undisputed.

3. Gardiner uses his official Facebook Page to communicate with his constituents about a variety of government functions. Dkt. 1, par. 2.

**RESPONSE:** Undisputed.

4. Facebook users, including Chicagoans and 45th Ward residents can and do interact with the Facebook Page to express opinions, ask questions and engage in debate. Dkt. 1, par. 2.

**RESPONSE:** Undisputed.

5. Gardiner has, in the past, hidden or deleted comments that criticized him or his policies. Dkt. 1, par. 3.

**RESPONSE:** Undisputed.

6. Gardiner has, in the past, blocked constituents from being able to engage with the Facebook Page after they posted comments critical of him or his policies. Dkt. 1, par. 3.

**RESPONSE:** Undisputed.

7. The Plaintiffs are each individual Facebook users who have interacted with the Facebook Page, including criticizing Gardiner, and whom Gardiner has either blocked in the past, or whose comments he has hidden or deleted based on the content of their posts, or both. See Dkt. 1, generally.

**RESPONSE:** Undisputed.

8. The Plaintiffs are residents of Chicago's 45th Ward. Dkt. 1, par. 5.

**RESPONSE**: Undisputed.

9. Jurisdiction is proper because the causes of action in this case arise under federal law. Dkt. 1, par. 7.

**RESPONSE**: Undisputed.

10. Venue is proper as the alleged events giving rise to the action occurred in the Northern District of Illinois. Dkt. 1, par. 8.

**RESPONSE:** Undisputed.

        Respectfully submitted,
        /s/Adele D. Nicholas
        /s/ Mark G. Weinberg
        *Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913