## Supplemental Declaration of Adam Vavrick

1. My name is Adam Vavrick. I am one of the Plaintiffs in the case *Czosnyka et al. v. Gardiner*, 21-cv-3240. I am submitting this declaration to supplement my previous statement with details about recent interference with my constitutional rights by Alderman Gardiner.

2. On January 25, 2023, the *Chicago Tribune* ran a story with the headline "Embattled Ald. Jim Gardiner's fitness is key issue in race for 45th Ward" (https://www.chicagotribune.com/politics/elections/ct-45th-ward-alderman-20230125-rmlfvbza75eevn7hrj5d7q2z4u-story.html). The same day, the local news website *Block Club Chicago* ran a story with the headline "Ald. Jim Gardiner Should Be Investigated For Harassing Challenger's Volunteers, Ethics Board Tells City Watchdog" (https://blockclubchicago.org/2023/01/25/ald-jim-gardiner-should-be-investigated-for-harassing-challengers-volunteers-ethics-board-tells-city-watchdog/). Both articles made reference to an incident wherein Defendant Gardiner was captured on video confronting a volunteer who was collecting signatures for an opposing candidate for 45th Ward Alderperson.

3. Alderman Gardiner posted on his Facebook Page on January 26, 2023, writing as follows: "When you #SpeakTruthToPower you become a target... #chicago #standforsomethingorfallforanything #theprideof45. The post is visible at the following URL: https://www.facebook.com/AldermanGardiner/posts/pfbid05K5Bbia7CH3sc1i71oyoCFvQivPedsAmVNwUfTXcWyWjSJyf7myNXr7kuHT1sn8il. Various members of the

community posted more than 100 comments on the post to share their viewpoints about the Alderman's performance of his job, his claim that he is being "targeted," and the recent press about his conduct while in office. A screenshot of the post is attached as Ex. A. I interpreted this post as Alderman Gardiner's attempt to rebut the negative news stories that had been published about him.

4. I commented on the post, writing as follows:

> This is actually one of the more truthful things Alderman Jim Gardiner has ever posted.
>
> - He made a target of his ex girlfriend when she left him for greener pastures, so much so that she requested and received an emergency order of protection to get him to stop stalking her.
> - He made a target out of the former Alderman, anyone he just blithely assumes supported the former Alderman, and any project or development the former Alderman touched, and any business who he sees as "friendly" to the former Alderman as a way of showing his dominance, all [at] the expense of the constituents he pretends to serve.
> - He made a target of Pete Czosnyka for speaking truths about his lack of planning and competence.
> - He made a target of James Suh when James organized against his mishandling of The Point at six corners.
> - He made a target of Block Club and other media outlets that would dare to publish anything remotely negative (and demonstrably true!) about him, refusing to engage with the media at all.
> - He made a target of myself and several others for sharing publicly available municipal funding information on this page that proved that Jim lies about basic city services and ward fund allocations
> - He made a target of women who didn't toe the line for him or were not afraid of him, Joanna Klonsky for example.
>
> I could go on, and on, and on, but let's not forget the person who Jim has placed the largest target on: Himself.

A screenshot of my full comment is attached as Exhibit B.

5. When I checked the Page while I was not logged into my Facebook account, my comment was hidden. A screenshot of the thread as it appeared to a Facebook user who was not connected to me as a friend on Facebook is attached as Exhibit C.

6. Because of how quickly the comment disappeared, I suspect that it was automatically hidden by a filter that automatically hides posts containing the words "stalk" or "stalker." To test that theory, I reposted the same comment with the reference to "stalking" removed, and it appeared on Gardiner's Page and remains visible today, whereas the comment from the previous day containing the reference to "stalking" remains hidden. Attached are screenshots showing both posts when I am logged in, and only one post when not. Exhibit D.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____  2-3-23
Adam Vavrick                Date

Exhibit A

 **Alderman Jim Gardiner**
23h ·

When you #SpeakTruthToPower you become a target...

#chicago #standforsomethingorfallforanything #theprideof45



 100     116 comments   18 shares

 Like      Comment      Share

All comments ▼

 Write a comment...      

Press Enter to post.

 **Steve Dennis**
Can you please explain your actual point? Serious question that you should be unafraid to answer.

The whole video is an edited sequence of questions of you asking if he believed police officers are afraid to do their job (he says no, you say yes they are), there is more crime now and there is more police oversight. Are you just going to leave

Exhibit B



**Adam Vavrick**

This is actually one of the more truthful things **Alderman Jim Gardiner** has ever posted.

- He made a target of his ex girlfriend when she left him for greener pastures, such much so that she requested and received an emergency order of protection to get him to stop stalking her.

- He made a target out of the former Alderman, anyone he just blithely assumes supported the former Alderman, and any project or development the former Alderman touched, and any business who he sees as "friendly" to the former Alderman as a way of showing his dominance, all the expense of the constituents he pretends to serve.

- He made a target of **Pete Czosnyka** for speaking truths about his lack of planning and competence.

- He made a target of **James Suh** when James organized against his mishandling of The Point at six corners.

- He made a target of Block Club and other media outlets that would dare to publish anything remotely negative (and demonstrably true!) about him, refusing to engage with the media at all.

- He made a target of myself and several others for sharing publicly available municipal funding information on this page that proved that Jim lies about basic city services and ward fund allocations.

- He made a target of women who didn't toe the line for him or were not afraid of him, Joanna Klonsky for example.

I could go on, and on, and on, but let's not forget the person who Jim has placed the largest target on:

Himself.

Like   Reply   18h   Edited                                       9

Exhibit C

this vague posting here so we can make our own interpretations, it's not going to help anyone who is undecided about your stance.

After all your bluster about vague statements and edited videos being used to incriminate you, you just use this to defend yourself?

Like   Reply   22h   Edited  14

↳ 25 Replies

 **Mark Telander**
Jim thank you for always speaking the truth and all you do for the 45th.

Like   Reply   23h  15

↳ 14 Replies

 **Kim Rehm**
Congrats on making the front page of the Trib, Jim



Like   Reply   14h  6

↳ 5 Replies

 **Jessica Erin**
Can you autograph todays tribune for me?

Like   Reply   23h  14

↳ 5 Replies

 **Rick Reineke**
What does this have to do with Catholic basketball?

Like   Reply   17h  8

 **Nicole Blasek**
Despite all my rage
I am still just a rat in the cage.

 2


**Pete Czosnyka**
Why are you trying to deceive constituents with this heavily edited video of you 9 minute exchange with Supt Brown, Jim?
Don't you want to show how he handily countered your nonsense?
Like   Reply   14h


**Pete Czosnyka**
Came across this accurate description of Jim Gardiner:



Like   Reply   15h


**Mike Innocenzi**
Are you suggesting you're the target of retaliation orchestrated by the superintendent?
Like   Reply   19h   Edited         12


**Robert Kluver**
Guam Traan
Like   Reply   20h


**Pete Czosnyka**
Another repost of your heavily edited interview of CPD Supt Brown? The edits give a false impression. In real life, all you did was read from a script.
Like   Reply   23h         2


**Pete Czosnyka**
The assertion
"When you #SpeakTruthToPower you become a target..."
just shows us that Jim Gardiner is ... **See more**
Like   Reply   21h


**Pete Czosnyka**
As reported by Block Club Chicago earlier today, "Gardiner has called the video of


**Pete Czosnyka**
As reported by Block Club Chicago earlier today, "Gardiner has called the video of the Norwood Park incident (Gardiner's assault on Tomic campaign workers) a "desperate attempt to gain leverage while diverting attention from relevant issues affecting o... See more


BLOCKCLUBCHICAGO.ORG
Ald. Jim Gardiner Should Be Investigated For Harassing Challenger's Volunteers, Ethics Board Tells City Watchdog

Like   Reply   18h                                                2

 2 Replies


**Pete Czosnyka**
Edited out by TeamGardiner:
Supt Brown: "If you're a police officer today and you don't believe in reform, you're in the wrong business."

Gardiner: "Hmm. Ok."

Jim excels and hmmmm-ing and haw-ing.

Like   Reply   21h                                          


**Pete Czosnyka**
Jim,
can you tell us why you did Mayor Lightfoot's bidding and failed to appear at the 11/14/22 Special City Council meeting. The one where Sposato was hiding in another room.

Like   Reply   4h


**Jon O'Malley**
Very well said Jim.....

Like   Reply   55m


**Jimmy Donovan**






**Pete Czosnyka**
The 1 minute 53 second clip in the OC is heavily editted out of a 9 minutes session between Gardiner and Brown. See the whole 9 minutes at time mark 4:40:55 at
https://vimeo.com/showcase/6277394/video/567694245... **See more**



VIMEO.COM
2021 July 2 - City Council Meeting

Like  Reply  2h



**Darren Urbaszewski**
Maybe the police are realizing that they work for a criminal government and don't know what to do about it. This is probably why many police officers are committing suicide. They are realizing what they have done and have no one to talk to about it.

Like  Reply  21h  Edited

↳ 3 Replies



**Pete Czosnyka**
Note the side eye that the Superintendent shoots to someone in the first 10 seconds, as if indicating "When do we get to the intelligent questions?"

It's Gardiner, Supt Brown, so never.

Like  Reply  22h



**Bob Greif**
Thank you Jim! 

Like  Reply  23h

↳ 3 Replies



**Kate Harrity-Shewchuk**
Way to go Jimmy!

Like  Reply  13h

↳ 5 Replies



**Susan Brown**
Exactly 💯

Like  Reply  22h

↳ 1 Reply



**Lou Mendoza**
You got my vote Alderman **Gardiner**


**Mar Car**
👏

Like   Reply   20h
↳ 1 Reply


**Peter Barash**
You've literally spent 3+ years misleading and avoiding truth. So you repost an old, edited video and that proves what other than you're lazy? I'm sure you're paying 80k+ to a law firm because you were afraid Loeb and Loeb was hurting for cash? Your wo... **See more**

Like   Reply   18h                                                8


**Jason Elewski**
It's telling that you edited out Superintendent Brown's answers. He made you look silly and unprepared.

Like   Reply   20h                                                20
↳ 1 Reply


**Pete Czosnyka**



Like   Reply   14h                                                2


**Jeff Mcnally**
I would remove this post immediately, because people's fabric is going to report that Jim Gardiner needlessly harasses a African American man

Like   Reply   23h
↳ 14 Replies

Write a comment...


**Adam Vavrick**
This is actually one of the more truthful things **Alderman Jim Gardiner** has ever posted.

- He made a target of his ex girlfriend when she left him for greener pastures, such much so that she requested and received an emergency order of protection to get him to stop stalking her.

- He made a target out of the former Alderman, anyone he just blithely assumes supported the former Alderman, and any project or development the former Alderman touched, and any business who he sees as "friendly" to the former Alderman as a way of showing his dominance, all the expense of the constituents he pretends to serve.

- He made a target of **Pete Czosnyka** for speaking truths about his lack of planning and competence.

- He made a target of **James Suh** when James organized against his mishandling of The Point at six corners.

- He made a target of Block Club and other media outlets that would dare to publish anything remotely negative (and demonstrably true!) about him, refusing to engage with the media at all.

- He made a target of myself and several others for sharing publicly available municipal funding information on this page that proved that Jim lies about basic city services and ward fund allocations.

- He made a target of women who didn't toe the line for him or were not afraid of him, Joanna Klonsky for example.

I could go on, and on, and on, but let's not forget the person who Jim has placed the largest target on:

Himself.

Like   Reply   1w   Edited  10


Adam Vavrick
This is actually one of the more truthful things Alderman Jim Gardiner has ever posted.

- He made a target out of the former Alderman, anyone he just blithely assumes supported the former Alderman, and any project or development the former Alderman touched, and any business who he sees as "friendly" to the former Alderman as a way of showing his dominance, all the expense of the constituents he pretends to serve.

- He made a target of Pete Czosnyka for speaking truths about his lack of planning and competence.

- He made a target of James Suh when James organized against his mishandling of The Point at six corners.

- He made a target of Block Club and other media outlets that would dare to publish anything remotely negative (and demonstrably true!) about him, refusing to engage with the media at all.

- He made a target of myself and several others for sharing publicly available


Write a comment...
Press Enter to post.


**Adam Vavrick**
This is actually one of the more truthful things Alderman Jim Gardiner has ever posted.

- He made a target out of the former Alderman, anyone he just blithely assumes supported the former Alderman, and any project or development the former Alderman touched, and any business who he sees as "friendly" to the former Alderman as a way of showing his dominance, all the expense of the constituents he pretends to serve.

- He made a target of Pete Czosnyka for speaking truths about his lack of planning and competence.

- He made a target of James Suh when James organized against his mishandling of The Point at six corners.

- He made a target of Block Club and other media outlets that would dare to publish anything remotely negative (and demonstrably true!) about him, refusing to engage with the media at all.

- He made a target of myself and several others for sharing publicly available municipal funding information on this page that proved that Jim lies about basic city services and ward fund allocations.

- He made a target of women who didn't toe the line for him or were not afraid of him, Joanna Klonsky for example.

I could go on, and on, and on, but let's not forget the person who Jim has placed the largest target on:

Himself.

Like   Reply   1w     11

↳ 1 Reply


**Mark Telander**
Jim thank you for always speaking the truth and all you do for the 45th.
Like   Reply   1w     19

↳ 14 Replies


**Kim Rehm**
Congrats on making the front page of the Trib, Jim

