**Supplemental Declaration of Dominick Maino**

1. My name is Dominick Maino. I am one of the Plaintiffs in the case *Czosnyka et al. v. Gardiner*, 21-cv-3240. I am submitting this declaration to supplement my previous statement with details about recent interference with my constitutional rights by Alderman Gardiner.

2. On January 25, 2023, *Block Club Chicago* ran a story with the headline "Ald. Jim Gardiner Should Be Investigated For Harassing Challenger's Volunteers, Ethics Board Tells City Watchdog" (https://blockclubchicago.org/2023/01/25/ald-jim-gardiner-should-be-investigated-for-harassing-challengers-volunteers-ethics-board-tells-city-watchdog/). On January 27, 2023, I posted a link to this article in the comments section of Alderman Gardiner's Facebook Page with the following comment:

> Alderman Jim Gardiner, it seems as if your stalking behavior now extends to constituents who want to support a candidate for the 45th Ward that is NOT YOU. As a noted stalker, you should not harass those who live in the 45th Ward no matter who they support.

A screenshot of my comment is attached as Exhibit A.

3. When I viewed the Page while not logged into Facebook, my comment was gone. Based on this, I believe that Defendant Gardiner hid the comment from the Page to make it invisible to members of the community who view the Page unless they are connected to me as a friend on Facebook. A screenshot of how the comment thread appears when viewed by someone who is not connected to me as a friend on Facebook is attached as Exhibit B.

4. Because of how quickly the comment disappeared, I suspect that it was automatically hidden by a filter that automatically hides posts containing the words "stalk" or "stalker." However, it is also possible that Alderman Gardiner manually hid the comment himself.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____      2-3-23
Dominick Maino                       Date

Exhibit A



**Dominick M Maino**

**Alderman Jim Gardiner**, it seems as if your stalking behavior now extends to constituents who want to support a candidate for the 45th Ward that is NOT YOU. As a noted stalker, you should not harass those who live in the 45th Ward no matter who they support.
Ald. Jim Gardiner Should Be Investigated For Harassing Challenger's Volunteers, Ethics Board Tells City Watchdog
The investigation adds to a series of other investigations, lawsuits and allegations against the alderman, who is seeking a second term.
https://blockclubchicago.org/.../ald-jim-gardiner-should.../



BLOCKCLUBCHICAGO.ORG

Ald. Jim Gardiner Should Be Investigated For Harassing Challenger's Volunteers, Ethics Board Tells City Watchdog



Like   Reply   2h






Exhibit B

 **Alderman Jim Gardiner**
January 27 at 3:39 PM ·

The #45thward wants to inform residents of a great opportunity for those brave enough to #bethechange they want.



**NEWS RELEASE**
**Chicago Police Department**

David O. Brown
Superintendent

For Immediate Release
January 26, 2023

Contact: Office of News Affairs
(312) 745-6110

**CHICAGO POLICE DEPARTMENT ANNOUNCES
JANUARY IN-PERSON POLICE ENTRANCE EXAM**

CHICAGO — The Chicago Police Department (CPD) will host in-person police entrance exams this weekend on Saturday, January 28, 2022. This exam pop-up will be held at the newly opened Public Safety Training Center (PSTC) at 701 N. Kilbourn Ave. for the first time.

Two exam sessions will be held. Door will open at 8 a.m. for the morning exam session and 1 p.m. for the afternoon exam session. All individuals taking the exam are required to bring a current and valid government-issued photo identification.

Those interested in taking the exam can register in advance through the CPD website. Walk-in applicants will also be welcomed at each exam session.

Individuals who are hired receive a competitive starting salary of $56,040 and receive an increase to $84,522 annually after 18 months on the job. Benefits include medical and dental insurance, holidays, tuition reimbursement, and retirement savings and pension plans.

CPD is an equal opportunity employer that values diversity and looks for candidates that reflect the city's broad cross-sections. The Department is seeking effective problem-solvers, critical thinkers, and good communicators with the ability to interact with all members of the community and perform the role safely, effectively, and following local, state, and federal law as well as CPD policy and procedures.

\###

312-745-6110 · 3510 South Michigan Ave., Chicago, IL 60653 · Fax 312-745-6999

 50     157 comments     10 shares

 Like     Comment     Share

All comments

 Write a comment... 



   1

**Matt Chandler Smith**



Like   Reply   6d                                                          👍😆 8

💬 47 Replies

 **Pete Czosnyka**
" In the US, the police kill over 1,200 people annually —
1,403 in 2022. In the last ten years, cops in England
and Wales (Scotland and Northern Ireland report
separately) have killed 24 civilians in total — on
average, less than three a year. If you a… **See more**

Like   Reply   4d

 **Chris Williams**
Stop putting your signs on private property without
permission. Desperation.

Like   Reply   6d                                                          👍 4

 **Pete Czosnyka**
Just listened to an interview with Justin Kaufmann, who
will moderate the coming 2023 45th Ward Aldermanic
Forum and moderated the 2019 45th Ward Aldermanic
Forum. He recalled how badly behaved the Gardiner
Goons were in 2019 Forum.

Like   Reply   5d                                                          👍😢 2

 **Dominick M Maino** 🟦
Jimmy in the news again…. part 2





     1

Like    Reply   5d

■ 4 Replies

 **Pete Czosnyka**
West Side Drivers Are Stopped By Cops The Most In Chicago. But 94% Of Stops Don't Lead To Tickets
https://blockclubchicago.org/.../west-side-drivers-are.../



BLOCKCLUBCHICAGO.ORG
West Side Drivers Are Stopped By Cops The Most In Chicago. But 94...

Like    Reply   1w

■ 9 Replies

 **Pete Czosnyka**
.Didn't Gardiner say he was going to put a stop to the illegal party places in the 45th? I guess if you buy pizza from a guy...



Like    Reply   3d

**Dominick M Maino** 
Jimmy in the news again.... part 1



Like    Reply   5d

**Pete Czosnyka**

Like   Reply   6d   Edited

**John Finlay**
The only Alderman candidate in the 45th Ward who is endorsed by the FOP!



Like   Reply   5d   ❤️ 4

💬 3 Replies

**Pete Czosnyka**
Another illegal party place at 5941 W Lawrence?
You buy a few pizzas there and then look the other way as illegal parties are held?



Like   Reply   6d   Edited   👍

**Jeff Mcnally**
Good luck to the new recruit's, no surprise a couple of arena's friends are on here bashing the police

Like   Reply   6d   ❤️ 5

💬 6 Replies

**Pete Czosnyka**
Is the CPD still slow walking the Consent Decree implementation?

Why is the homicide clearance rate so very very very low?... See more

Like   Reply   1w

    1


**Pete Czosnyka**
.New consent decree report criticizes police Superintendent David Brown's firing of reform official, staff retention efforts
https://news.yahoo.com/consent-decree-report-criticizes...


NEWS.YAHOO.COM
New consent decree report criticizes police Superintendent...

Like   Reply   1w


**Tony Sale**
I want to become a Chicago Public School Teacher. Weekends Off, Holidays Off, Christmas And New Year Week off and all Summer Off. Then teach the Kids how bad America is and Confuse them about Life.

Like   Reply   6d    7

17 Replies


**Pete Czosnyka**
Wrong raids
Pointing Guns at children
www.youtube.com/watch?v=YM_YXMLDaXc


YOUTUBE.COM
Innocent Family RAIDED - Cops At The Wrong House! - Lawsuit

Like   Reply   6d


**Pete Czosnyka**
.



Like   Reply   6d

2 Replies


**Mike Sarkoski**
Impeccable timing dude. Jeez

Like   Reply   5d    2



 **Dennis Davis**

Like   Reply   6d

19 Replies

**Pete Czosnyka**
Many 911 calls deserve an 'immediate' police response. But in thousands of cases, officers didn't arrive for more than an hour.
https://www.chicagotribune.com/.../ct-chicago-police...



CHICAGOTRIBUNE.COM
Many 911 calls deserve an 'immediate' police response. But i…

Like   Reply   1w

2 Replies

**Jeanne Warner**
God Bless

Like   Reply   6d

1 Reply

**Airommírë Rainaini**
Ricky Garcia 👀

Like   Reply   6d

6 Replies

**Pete Czosnyka**
How much does CPD cost?
https://chicagojustice.org/.../how-much-does-the-cpd-cost/



CHICAGOJUSTICE.ORG
How Much Does the CPD Cost? - Chicago Justice Project

Like   Reply   1w

4 Replies

**Pete Czosnyka**
Gardiner Goons "Tony Sale" and Brad Toms are insulting teachers again ...obviously with Gardiner's blessing.

Like   Reply   6d

     1 



