**Supplemental Declaration of Pete Czosnyka**

1. My name is Pete Czosnyka. I am one of the Plaintiffs in the case *Czosnyka et al. v. Gardiner*, 21-cv-3240. I am submitting this declaration to supplement my previous statement with details about recent interference with my constitutional rights by Alderman Gardiner.

2. On January 27, 2023, Alderman Gardiner posted a notice of an upcoming Chicago Police Department entrance exam, writing as follows: "The #45thward wants to inform residents of a great opportunity for those brave enough to #bethechange they want." (https://www.facebook.com/AldermanGardiner/posts/pfbid08bDB7D3SN5tnVqsEorTT4Xsi1dWE6q2KdhM4Vapm2AbHWcpBfCXQHqDa6Em6gdekl). Visitors to the Page posted more than 150 comments on the post, discussing their varying views on the Chicago Police Department, the Fraternal Order of Police, and publicized incidents of police misconduct. A screenshot of the post is attached as Exhibit A.

3. In a comment on the post, I posted an article that discussed a pattern of unlawful traffic stops by Chicago police officers on the West Side of Chicago. A user named Kevin Wilson responded to me writing "So they should be glad they got off with a warning." I replied, "racial profiling is endemic in the CPD to the detriment of us all. You write like a cop using a pseudonymous account. Do better." Wilson replied, "I don't represent CPD but I certainly support them." I replied, "You're not supporting them very well. You're more the bootlicker-back-the-blue-mindlessly type."

4. Defendant Gardiner hid my final comment, making it invisible to members of the community who view the Page unless they are connected to me as a friend on Facebook.

5. Based on how quickly my comment disappeared, I believe that Alderman Gardiner is using automatic keyword filtering to hide comments containing words such as "stalk" and "bootlicker." To test this theory, I took a screenshot of my comment and reposted it as an image. The image remains visible on the Page. A screenshot of the exchange when viewed as someone who is not connected to me as a friend on Facebook is attached as Exhibit B. Based on this, I believe that Alderman Gardiner is using keyword blocking. But it is also possible that Alderman Gardiner manually hid the comment himself.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

_____  
Pete Czosnyka

2-3-23  
_____  
Date



**Alderman Jim Gardiner**
January 27 at 3:39 PM

Exhibit A

The #45thward wants to inform residents of a great opportunity for those brave enough to #bethechange they want.



# NEWS RELEASE
## Chicago Police Department

David O. Brown
Superintendent

For Immediate Release
January 26, 2023

Contact: Office of News Affairs
(312) 745-6110

**CHICAGO POLICE DEPARTMENT ANNOUNCES
JANUARY IN-PERSON POLICE ENTRANCE EXAM**

**CHICAGO** — The Chicago Police Department (CPD) will host in-person police entrance exams this weekend on Saturday, January 28, 2022. This exam pop-up will be held at the newly opened Public Safety Training Center (PSTC) at 701 N. Kilbourn Ave. for the first time.

Two exam sessions will be held. Door will open at 8 a.m. for the morning exam session and 1 p.m. for the afternoon exam session. All individuals taking the exam are required to bring a current and valid government-issued photo identification.

Those interested in taking the exam can register in advance through the CPD website. Walk-in applicants will also be welcomed at each exam session.

Individuals who are hired receive a competitive starting salary of $56,040 and receive an increase to $84,522 annually after 18 months on the job. Benefits include medical and dental insurance, holidays, tuition reimbursement, and retirement savings and pension plans.

CPD is an equal opportunity employer that values diversity and looks for candidates that reflect the city's broad cross-sections. The Department is seeking effective problem-solvers, critical thinkers, and good communicators with the ability to interact with all members of the community and perform the role safely, effectively, and following local, state, and federal law as well as CPD policy and procedures.

###

312-745-6110 · 3510 South Michigan Ave., Chicago, IL 60653 · Fax 312-745-6999

50     157 comments    10 shares

Like     Comment     Share

Most relevant

Write a comment

Exhibit B

