UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, *et al.*, | |
| Plaintiffs, | 21-cv-3240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER A SUR-REPLY**

Plaintiffs Pete Czosnyka, Adam Vavrick, Dominick Maino, Peter Barash, James Suh and Steve Held, through counsel, respectfully move this Honorable Court for leave to file a sur-reply in response to Defendant's summary judgment reply brief. In support, Plaintiffs state as follows:

1. On February 24, 2023, Defendant filed a reply in support of his Motion for Summary Judgment. ECF 99. In his reply, Defendant made a new and important factual admission which cuts directly to the validity of Plaintiffs' request for injunctive relief in this case. The admission is that Defendant Alderman Gardiner has inadvertently continued to engage in content-based censorship of his Facebook Page by enabling a keyword filter to automatically hide comments that use the words "stalk" or "stalking." *See* ECF 99 at 1–2.

2. Defendant's admission was made for the first time in Defendant's reply brief because his on-going censorship of his Facebook page occurred after summary judgment briefing began and after he foreswore further censorship would occur. The

on-going censorship was brought to this court's attention in Plaintiffs' summary judgement response brief.

3. Because new facts have been revealed, and now comfirmed, for the first time in Defendants' reply, Plaintiffs seek leave to file a short sur-reply brief to respond to the new facts.

4. On February 28, 2023, counsel for Plaintiffs e-mailed Defendant's counsel to inquire whether this motion was opposed. Defendant's counsel opposes the motion.

5. Plaintiffs' proposed sur-reply is attached to this motion. *See* Ex. A.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant them leave to file their sur-reply instanter.

Respectfully submitted,

/s/Adele D. Nicholas
/s/ Mark G. Weinberg
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913