# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETE CZOSNYKA, *et al.*, | |
| Plaintiffs, | 21-cv-3240 |
| v. | Hon. Sharon Johnson Coleman |
| JAMES GARDINER, | |
| Defendant. | |

## NOTICE OF MOTION

To: Thomas D. Carroll
Thomas R. Raines Attorney at Law, LLC
20 N. Wacker Dr., Suite 556
Chicago, IL 60606
T: (312) 750-1166

PLEASE TAKE NOTICE that on Wednesday, March 8, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Sharon Johnson Coleman in Courtroom: 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and present **PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER A SUR-REPLY.**
.

Respectfully submitted,

/s/ Mark Weinberg
*Counsel for Plaintiffs*

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net